**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**LAW OFFICES OF DEAN PETRULAKIS**
Dean Petrulakis, Esq. (Bar No. 192185)
1600 G Street, Suite 202
Modesto, CA 95354
Tel: (209) 522-6600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>      Plaintiff,<br><br>  vs.<br><br>STANISLAUS COUNTY; and DOES 1–10, in their individual capacities,<br><br>      Defendants. | Case No.: 2:23-cv-01887-DJC−KJN<br><br>**DECLARATION OF DOROTHEY HEIMBACH AS SUCCESSOR IN INTEREST TO ANTHONY SILVA (C.C.P. § 377.32)**<br><br>**[Cal. Code Civ. Proc. §377]** |

## DECLARATION OF DOROTHEY HEIMBACH PURSUANT TO CAL. CODE OF CIVIL PROCEDURE SECTION 377.32

I, DOROTHY HEIMBACH, declare as follows:

1. My name is Dorothey Heimbach, I am a competent adult over the age of eighteen and a plaintiff in this action.

2. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

3. I am the mother of decedent, Anthony Silva, who died on September 10, 2023.

4. No proceeding is now pending in California for administration of the decedent's estate. Further, no proceeding for admission of decedent's estate is pending in any other state court at this time.

5. I am decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and succeed to the decedent's interest in the action or proceeding as the mother of decedent.

6. No other persons have a superior right to commence this action or proceeding, or to be substituted for Decedent in this pending action or proceeding.

7. A certified copy of decedent's death certificate is attached hereto as "Exhibit A".

I, Dorothey Heimbach, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _Nov 14, 23_ in _Modesto, Ca._.

_Dorothey Heimbach_
Dorothey Heimbach

# Exhibit A

# STATE OF CALIFORNIA

## CERTIFIED COPY OF VITAL RECORD

### HEALTH SERVICES AGENCY
# STANISLAUS COUNTY
### PUBLIC HEALTH DIVISION

**STATE FILE NUMBER:** 3052023201780
**LOCAL REGISTRATION NUMBER:** 3202350003788

## CERTIFICATE OF DEATH — STATE OF CALIFORNIA

| Field | Value |
|---|---|
| 1. Name of Decedent – First | ANTHONY |
| 2. Middle | MICHAEL |
| 3. Last (Family) | SILVA |
| 4. Date of Birth | 09/14/1982 |
| 5. Age Yrs. | 40 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | NV |
| 11. Ever in U.S. Armed Forces | NO |
| 12. Marital Status | NEVER MARRIED |
| 7. Date of Death | 09/10/2023 |
| 8. Hour (24 Hour) | 2126 |
| 13. Education | HS GRADUATE |
| 14/15. Hispanic/Latino | NO |
| 16. Decedent's Race | PORTUGUESE, CAUCASIAN |
| 17. Usual Occupation | KARATE INSTRUCTOR |
| 18. Kind of Business or Industry | MARTIAL ARTS |
| 19. Years in Occupation | 11 |
| 20. Decedent's Residence | 251 E. HACKETT RD. |
| 21. City | MODESTO |
| 22. County/Province | STANISLAUS |
| 23. Zip Code | 95358 |
| 24. Years in County | 30 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | DOROTHY HEIMBACH, MOTHER |
| 27. Informant's Mailing Address | 3766 NEVADA AVE., RIVERBANK, CA 95367 |
| 31. Name of Father/Parent – First | MICHAEL |
| 33. Last | KONCHALSKI |
| 34. Birth State | UNK |
| 35. Name of Mother/Parent – First | DOROTHY |
| 36. Middle | JEAN |
| 37. Last (Birth Name) | SILVA |
| 38. Birth State | CA |
| 39. Disposition Date | 09/15/2023 |
| 40. Place of Final Disposition | RES: DOROTHY HEIMBACH, 3766 NEVADA AVE., RIVERBANK, CA 95367 |
| 41. Type of Disposition | CREMATE/RESIDENCE |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | EATON FAMILY FUNERAL SERVICE |
| 45. License Number | FD1635 |
| 46. Signature of Local Registrar | THEOGNOSIA PAPASOZOMENOS, MD |
| 47. Date | 09/15/2023 |
| 101. Place of Death | CENTRAL VALLEY SPECIALTY HOSPITAL |
| 102. If Hospital | IP |
| 104. County | STANISLAUS |
| 105. Facility Address | 730 17TH ST |
| 106. City | MODESTO |
| 107. Cause of Death (A) Immediate Cause | CARDIOPULMONARY ARREST — SEC |
| (B) | SEPTIC SHOCK — DAY |
| (C) Underlying Cause | OSTEOMYELITIS — MOS |
| 108. Death Reported to Coroner | NO |
| 109. Biopsy Performed | NO |
| 110. Autopsy Performed | NO |
| 111. Used in Determining Cause | YES |
| 112. Other Significant Conditions | NONE |
| 113. Was Operation Performed | NO |
| 113A. Decedent Pregnant in Last Year | NO |
| 115. Signature and Title of Certifier | RAJWINDER BAHIA, MD |
| 116. License Number | A106330 |
| 117. Date | 09/15/2023 |
| 118. Type Attending Physician's Name, Mailing Address | RAJWINDER SINGH-BAHIA, MD, 730 17TH ST., MODESTO, CA 95354 |
| Decedent Attended Since | 07/25/2023 |
| Decedent Last Seen Alive | 09/10/2023 |



This is to certify that this document is a true copy of the official record filed with the Stanislaus County Health Services Agency.

**DATE ISSUED: 09/26/2023**

THEOGNOSIA PAPASOZOMENOS, MD, MPH
LOCAL REGISTRAR OF VITAL STATISTICS

This copy is not valid unless prepared on engraved border displaying seal and signature of Registrar.





000940264

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**