# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>Plaintiff,<br><br>vs.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>Defendants. | Case No.: 2:23-cv-01887-DJC−KJN<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND THE COMPLAINT** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' March 6, 2024 Stipulation in Case No. 2:23-cv-01887-DJC-KJN is **GRANTED** and the Plaintiff is granted leave to file a Second Amended Complaint within seven (7) days of this order.

Defendants' responsive pleadings shall be due fourteen (14) days from service of the Second Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Hon. Daniel J. Calabretta