DocuSign Envelope ID: 2FE09E8C-5ECC-4A0C-A9DB-B9DB0DAFB6CB

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| DOROTHEY HEIMBACH, ET AL. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-CV-01887-DJC-KJN |
| STANISLAUS COUNTY, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Dorothey Heimbach, individually and as successor in interest to Anthony Silva.

Date: 03/07/2024

DocuSigned by:
*Attorney's signature*
—75C27DE4015E476...

Cooper Alison-Mayne, SBN 343169
*Printed name and bar number*

21800 Burbank Blvd. Suite 310 Woodland Hills, CA 91367
*Address*

cmayne@galipolaw.com
*E-mail address*

(818) 347-3333
*Telephone number*

(818) 347-4118
*FAX number*