**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Colin J. Nystrom, SBN 354503
cnystrom@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
STANISLAUS COUNTY, JUSTIN CAMARA, ZA XIONG, ERIC BAVARO

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>Defendants. | Case No. 2:23-cv-01887-DJC-CSK<br><br>**JOINT MID-DISCOVERY STATEMENT**<br><br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Chi Soo Kim |

Pursuant to F.R.C.P. Rule 26(f) and Local Rule 240(b), and the Court's Order dated February 1, 2024, counsel for the Plaintiff Dorothey Heimbach ("Plaintiff"); Defendants Stanislaus County ("County"), Justin Camara, Za Xiong, and Eric Bavaro (collectively, "County Defendants") hereby jointly submit the following Joint Mid-Discovery Statement.

**(a) Discovery**

Parties have been engaged in and continue to conduct meaningful discovery. Discovery thus far has included both written discovery requests and depositions. The parties intend to engage in further written discovery and to depose additional material witnesses, including but not limited to Plaintiff Dorothey Heimbach, Stanislaus Deputies Romero, Babbit, and Hickman, and any other witnesses to the subject incident.

The parties are actively meeting and conferring in an effort to resolve pending discovery disputes without requiring court intervention. Parties will continue to meet and confer in good faith should any additional discovery issues arise during the discovery phase of this case prior to involving the Court.

The parties do not anticipate any issues that prevent discovery from proceeding in accordance with the scheduling order currently in effect.

Dated: September 5, 2024          PORTER SCOTT
                                  A PROFESSIONAL CORPORATION

                                  By /s/ John R. Whitefleet
                                      John R. Whitefleet
                                      Colin J. Nystrom
                                      Attorneys for Defendants

DATED: September 5, 2024          LAW OFFICES OF DALE K. GALIPO

                                  By:  /s/ Cooper Alison-Mayne (auth'd on 9-5-24)
                                      Dale K. Galipo
                                      Cooper Alison-Mayne
                                      *Attorneys for Plaintiff*