**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**LAW OFFICES OF DEAN PETRULAKIS**
Dean Petrulakis, Esq. (Bar No. 192185)
1600 G Street, Suite 202
Modesto, CA 95354
Tel: (209) 522-6600

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>Defendants. | Case No. 2:23-cv-1887-DJC-KJN<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT STANISLAUS COUNTY TO PRODUCE DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION**<br><br><u>Hearing Date</u>: December 10, 2024<br><u>Hearing Time</u>: 10:00 AM<br><br><u>Magistrate Judge</u>: Chi Soo Kim<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA  95814<br>Courtroom 25, 8th floor |

1
**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

NOTICE IS HEREBY GIVEN that on December 10, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, Plaintiff DOROTHEY HEIMBACH will and hereby does move for an Order compelling Defendant STANISLAUS COUNTY to:

- Produce use-of-force reports and citizen complaints authored by Deputies Justin Camara or Za Xiong; and
- Produce internal communications, notes, and memoranda referring to the October 8, 2022 use-of-force incident involving Anthony Silva with privileged portions redacted;
- Produce departmental statistics on use of force incidents for the five years preceding October 8, 2022.

This motion is brought on the grounds that such records are relevant and discoverable to both the individual liability claims against the County. Despite multiple meet and confer sessions resulting in agreements for production, the County has produced minimal documents.

This motion is based on this Notice of Motion and Motion, the forthcoming Joint Statement re Discovery Disagreement, the pleadings and papers on file herein, and upon such other evidence or argument as may be presented to the Court at the time of the hearing.

DATED: November 14, 2024          LAW OFFICES OF DALE K. GALIPO

                                  By: */s/ Cooper Alison-Mayne*
                                      Dale K. Galipo
                                      Cooper Alison-Mayne
                                      *Attorneys for Plaintiff*