# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>Defendants. | Case No. 2:23-cv-1887-DJC-KJN<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT STANISLAUS COUNTY TO PRODUCE DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION** |

Having considered Plaintiff's Motion to Compel Defendant Stanislaus County to Produce Documents Responsive to Requests for Production, and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Within seven (7) days of this Order, Defendant Stanislaus County shall:

- Produce all use-of-force reports and citizen complaints authored Deputies Justin Camara or Za Xiong;
- Produce internal communications, notes, and memoranda referring to the October 8, 2022 use-of-force incident involving Anthony Silva, with privileged portions redacted; and
- Produce departmental statistics on use of force incidents for the five years preceding October 8, 2022.

**IT IS SO ORDERED.**

Date:                                                By: _____
                                                     United States Magistrate Judge
                                                     Honorable Sheila K. Oberto