**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>Plaintiff,<br><br>vs.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>Defendants. | Case No. 2:23-CV-01887-DJC-CSK<br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Chi Soo Kim<br><br>**PLAINTIFFS' UNOPPOSED REQUEST TO APPEAR REMOTELY AT THE DECEMBER 10, 2024 HEARING ON PLAINTIFF'S MOTION TO COMPEL**<br><br>**[Filed concurrently with [Proposed] Order]**<br><br>Date:      December 10, 2024<br>Time:      10:00 a.m.<br>Dept.:     25 |

**TO THE ABOVE –ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Counsel for Plaintiff Dorothey Heimbach, hereby respectfully requests that attorney Cooper Alison-Mayne, be allowed to appear by Zoom or telephonically (or other remote web conference platform) at the hearing on the Plaintiff's Motion to Compel Hearing currently scheduled for December 10, 2024 at 10:00 a.m.

Plaintiff's counsel acknowledges that the Court notes in its Standing Order that it disfavors remote appearances and apologizes for any inconvenience this request may cause. Plaintiff's counsel further acknowledges that the Court requires a request to appear remotely at least ten (10) days prior to the date of the hearing at which a remote appearance is requested, and submits that good cause exists for filing this request within ten days of the hearing for the reasons set forth below. Plaintiff's counsel further submits that good cause exists to permit Plaintiff's counsel to appear remotely at the hearing on Plaintiff's Motion to Compel for the following reasons:

1. Both Plaintiff's Lead Trial Counsel Dale K. Galipo and Attorney Cooper Alison-Mayne began trial in the matter of *Sesma, et al. v. State of California, et al.* (Case No. 5:21-cv-01694-JWH-DTB), on December 2, 2024. The trial is being held before Honorable Judge Holcomb at the United States Courthouse in Santa Ana, California;
2. At the time of filing Plaintiff's Motion to Compel and noticing the December 10, 2024 hearing date, Plaintiff's Counsel expected in good faith that the aforementioned trial would be concluded, it is now apparent, only after having begun the trial on December 2, 2024, that the trial will not be concluded by December 10, 2024;
3. Plaintiff's counsel will experience undue hardship if required to travel from Santa Ana to Sacramento to participate in-person for the hearing on Plaintiff's Motion to Compel and would potentially need to travel to Sacramento the night prior to the hearing in order to timely arrive for the 10:00 a.m. appearance, thereby incurring a substantial increase in litigation costs;
4. Prior to filing the instant request, Plaintiff's counsel contacted counsel for Defendants, who advised that Defendants do not oppose the instant request

to appear remotely.

For the foregoing reasons, and to avoid unnecessarily continuing the hearing date as noticed and calendared, Plaintiff's Counsel respectfully requests that the Court permit Attorney Cooper Alison-Mayne to appear remotely at hearing on Plaintiff's Motion to Compel, calendared for December 10, 2024.

DATED:  December 3, 2024          **LAW OFFICES OF DALE K. GALIPO**

By:     */s/Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiffs*