UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01887-DJC−KJN<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR REMOTELY** |

**ORDER**

1
2    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:** having
3    considered the request by counsel for Plaintiff to permit counsel to appear
4    telephonically or by Zoom at the Motion to Compel Hearing scheduled for
5    December 10, 2024, the Court hereby GRANTS that request. Counsel for the parties
6    may appear telephonically (by Zoom) on December 10, 2024.
7    **IT IS SO ORDERED.**
8
9    DATED: _____, 2024
10
11
12                                                                       _____
                                                                         Hon.  Chi Soo Kim
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
[PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT