**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Colin J. Nystrom, SBN 354503
cnystrom@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
STANISLAUS COUNTY, JUSTIN CAMARA, ZA XIONG, ERIC BAVARO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>    Plaintiff,<br><br>    v.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>    Defendants. | Case No. 2:23-cv-01887-DJC-CSK<br><br>**JOINT STATEMENT PER MINUTE ORDER** |

Pursuant to the minute order dated December 4, 2024 (ECF No. 24), the parties hereby submit the following Joint Statement regarding the status of the discovery dispute raised in Plaintiff's Motion to Compel (ECF No. 22 and 23). The parties were able to conduct further meet and confer but were unable to resolve all the issues. Plaintiff intends to re-file the motion, insofar the prior motion was denied without prejudice.

///

///

4910-0245-9653, v. 1

1
2  Dated:  December 11, 2024             PORTER SCOTT
                                          A PROFESSIONAL CORPORATION
3
4                                         By <u>/s/ John R. Whitefleet</u>
                                               John R. Whitefleet
5                                              Colin J. Nystrom
                                               Attorneys for Defendants
6
7  DATED: December 11, 2024              LAW OFFICES OF DALE K. GALIPO

8                                         By:  <u>*/s/ Cooper Alison-Mayne* (auth'd on 12-11-24)</u>
                                               Dale K. Galipo
9                                              Cooper Alison-Mayne
                                               *Attorneys for Plaintiff*
10

2