**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**LAW OFFICES OF DEAN PETRULAKIS**
Dean Petrulakis, Esq. (Bar No. 192185)
1600 G Street, Suite 202
Modesto, CA 95354
Tel: (209) 522-6600

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>Plaintiff,<br><br>vs.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>Defendants. | Case No. 2:23-cv-01887-DJC-KJN<br><br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Kendall J. Newman<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN MONELL CLAIMS**<br><br>[Proposed Order filed concurrently herewith] |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiff Dorothey Heimbach and Defendant Stanislaus County, through their respective attorneys of record, following a meet and confer regarding the claims in this case, as follows:

1. Plaintiff voluntarily dismisses the fifth cause of action in her operative complaint, alleging municipal liability based on an unconstitutional custom, practice, or policy against Stanislaus County; and
2. Defendants agree to conduct Plaintiff Dorothey Heimbach's deposition via videoconference rather than in person.

IT IS SO STIPULATED.

DATED:  December 19, 2024          **LAW OFFICES OF DALE K. GALIPO**

By:     /s/Cooper Alison-Mayne
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

DATED: December 19, 2024           **PORTER SCOTT PC**

/s/ John R. Whitefleet
John R. Whitefleet
Attorney for Defendant

2
JOINT STIPULATION