# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01887-DJC−KJN<br><br>**[PROPOSED] ORDER** |

# ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES**, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure, the Court hereby ORDERS that Plaintiff's fifth cause of action, alleging municipal liability based on an unconstitutional custom, practice, or policy against Stanislaus County is dismissed.

**IT IS SO ORDERED.**

DATED:

_____
Hon. Daniel J. Calabretta