UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>  Plaintiff,<br><br> vs.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>  Defendants. | Case No.: 2:23-cv-01887-DJC−KJN<br><br>**[PROPOSED] ORDER** |

1 **ORDER**

2 **PURSUANT TO THE STIPULATION OF THE PARTIES**, and pursuant

3 to the Court's inherent and statutory authority, including but not limited to the

4 Court's authority under the applicable Federal Rules of Civil Procedure, the Court

5 hereby ORDERS as follows: Plaintiff's sixth and seventh claims, alleging municipal

6 liability against Stanislaus County are dismissed. All of Plaintiff's claims against

7 Defendant Eric Bavaro are dismissed.

8

9 **IT IS SO ORDERED.**

10

11 DATED:

_____
Hon. Daniel J. Calabretta