UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH,<br><br>    Plaintiff,<br><br>      v.<br><br>STANISLAUS COUNTY, ET AL.,<br><br>    Defendants. | Case No.:   2:23-cv-01887-DJC-CSK<br><br>**ORDER** |

**ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES**, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure, the Court hereby ORDERS as follows: Plaintiff's sixth and seventh claims, alleging municipal liability against Stanislaus County are dismissed.  All of Plaintiff's claims against Defendant Eric Bavaro are dismissed.

**IT IS SO ORDERED**.

Dated:  May 19, 2025            /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

1