**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>Plaintiff,<br><br>vs.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>Defendants. | **Case No. 2:23-CV-01887-DJC-CSK**<br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Chi Soo Kim<br><br>**JOINT REQUEST TO APPEAR REMOTELY AT THE NOVEMBER 6, 2025, FINAL PRETRIAL CONFERENCE HEARING**<br><br>**[Filed concurrently with [Proposed] Order]**<br><br>Date:    November 6, 2025<br>Time:    1:30 p.m.<br>Dept.:   10 |

**TO THE ABOVE –ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Counsel for Plaintiff and Defendants' hereby respectfully request that attorneys be allowed to appear by Zoom or telephonically (or other remote web conference platform) at the Final Pretrial Conference hearing currently scheduled for November 6, 2025, at 1:30 p.m.

Due to several scheduling conflicts, the parties will be unable to attend the hearing in person.

Although the Court disfavors remote appearances, good cause exists here. Plaintiff's lead counsel, Mr. Galipo, will be in the midst of trial preparation for a jury trial set to begin on November 10, 2025, *Quair v. County of Kings*, 1:20-cv-01793-KJM-SKO (Judge Kimberly J. Mueller). An in-person hearing would require Mr. Galipo to travel from Los Angeles to Sacramento—a trip that would consume most of the day. The additional burden of devoting a full day to travel, rather than trial preparation, would significantly impair counsel's ability to prepare adequately and efficiently for trial.

Accordingly, Plaintiffs respectfully request that the Court exercise its discretion to permit Mr. Galipo to appear remotely at the final pre-trial conference. Insofar as Plaintiff's counsel are seeking to appear remotely, the same should be allowed for counsel for Defendants

DATED: September 26, 2025     **LAW OFFICES OF DALE K. GALIPO**

By:    */s/Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

DATED: September 26, 2025     **PORTER SCOTT**

By:    */s/ John Whitefleet*
John Whitefleet
*Attorney for Defendants*