1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,

      Plaintiff,

 vs.

STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,

      Defendants.

Case No.: 2:23-cv-01887-DJC−CSK

**[PROPOSED] ORDER GRANTING JOINT REQUEST TO APPEAR REMOTELY AT NOVEMBER 6, 2025 FINAL PRETRIAL CONFERENCE**

1

**ORDER**

2    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:** having

3  considered the joint request by counsel for the parties to appear remotely at the Final

4  Pretrial Conference scheduled for November 6, 2025, at 1:30pm, the Court hereby

5  GRANTS that request. Counsel for both parties may appear remotely on November

6  6, 2025.

7    **IT IS SO ORDERED.**

8

9  DATED: _____

10

11

12                                                    _____
                                                      Hon.  Daniel J. Calabretta
                                                      United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT