**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**LAW OFFICES OF DEAN PETRULAKIS**
Dean Petrulakis, Esq. (Bar No. 192185)
1600 G Street, Suite 202
Modesto, CA 95354
Tel: (209) 522-6600

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY, JUSTIN CAMARA, and ZA XIONG,<br><br>Defendants. | **Case No. 2:23-CV-01887-DJC-CSK**<br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Chi Soo Kim<br><br>**PLAINTIFF'S WITNESS LIST** |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS, PLEASE TAKE NOTICE THAT** Plaintiff DOROTHEY HEIMBACH submits the following witness list.

1. Dorothey Heimbach
2. Justin Camara
3. Za Xiong
4. Eric Bavaro
5. Bret Babbit
6. Lauren Romero
7. Adam Padilla
8. Mike Parker
9. Ed Ridenour
10. David Hickman
11. Sheriff Jeff Dirkse
12. Alex Helm
13. Scott DeFoe
14. Bennett Omalu, MD
15. * Dr. Bryan James Beattie
16. * Dr. Jahoon Koo
17. * Dr. Deependra Mahato
18. * Christina Marie Haro
19. * Sandra Ann Richhart
20. * Joshua Caleb Edwards
21. * Javier Ramirez
22. * Dr. Raman Moradkhan
23. * Dr. Henry M Andoh
24. * Brandon Jewett
25. * Lee Sparks
26. * David Ray Glenn
27. * Marco Virgen
28. * Arnold Blagg

Plaintiff reserves the right to call any of the witnesses on Defendants' witness lists. Plaintiff reserves the right to amend this witness list.

Dated: November 6, 2025 **LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Cooper Alison-Mayne*

Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff* Click or tap here to enter text.