**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**LAW OFFICES OF DEAN PETRULAKIS**
Dean Petrulakis, Esq. (Bar No. 192185)
1600 G Street, Suite 202
Modesto, CA 95354
Tel: (209) 522-6600

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANISLAUS COUNTY, JUSTIN CAMARA, and ZA XIONG,<br><br>　　　　Defendants. | **Case No. 2:23-CV-01887-DJC-CSK**<br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Chi Soo Kim<br><br><br>**PLAINTIFF'S EXHIBIT LIST** |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS, PLEASE TAKE NOTICE THAT** Plaintiff DOROTHEY HEIMBACH submits the following exhibit list.

| No. | Description |
|---|---|
| 1. | Camara Body-Worn-Camera Video |
| 2. | Camara Body-Worn-Camera Video: Slow Motion |
| 3. | Camara Body-Worn-Camera Video: Frame-by-frame Clip |
| 4. | Camara Body-Worn-Camera Video: Single Frame 1 |
| 5. | Camara Body-Worn-Camera Video: Single Frame 2 |
| 6. | Camara Body-Worn-Camera Video: Single Frame 3 |
| 7. | Camara Body-Worn-Camera Video: Single Frame 4 |
| 8. | Camara Body-Worn-Camera Video: Single Frame 5 |
| 9. | Camara Body-Worn-Camera Video: Single Frame 6 |
| 10. | Xiong Body-Worn-Camera Video |
| 11. | Xiong Body-Worn-Camera Video: Slow Motion |
| 12. | Xiong Body-Worn-Camera Video: Frame-by-frame Clip |
| 13. | Xiong Body-Worn-Camera Video: Single Frame 1 |
| 14. | Xiong Body-Worn-Camera Video: Single Frame 2 |
| 15. | Xiong Body-Worn-Camera Video: Single Frame 3 |
| 16. | Xiong Body-Worn-Camera Video: Single Frame 4 |
| 17. | Xiong Body-Worn-Camera Video: Single Frame 5 |
| 18. | Xiong Body-Worn-Camera Video: Single Frame 6 |
| 19. | Bavaro Body-Worn-Camera Video |
| 20. | Bavaro Body-Worn-Camera Video: Slow Motion |
| 21. | Bavaro Body-Worn-Camera Video: Frame-by-frame Clip |
| 22. | Bavaro Body-Worn-Camera Video: Single Frame 1 |
| 23. | Bavaro Body-Worn-Camera Video: Single Frame 2 |
| 24. | Bavaro Body-Worn-Camera Video: Single Frame 3 |

| No. | Description |
|---|---|
| 25. | Bavaro Body-Worn-Camera Video: Single Frame 4 |
| 26. | Bavaro Body-Worn-Camera Video: Single Frame 5 |
| 27. | Bavaro Body-Worn-Camera Video: Single Frame 6 |
| 28. | Bavaro Body-Worn-Camera Video 2 |
| 29. | Babbit Body-Worn-Camera Video |
| 30. | Hickman Body-Worn-Camera Video |
| 31. | Use-of-force form (DEF 0083-0084) |
| 32. | Log, DEF 1 |
| 33. | Incident Log, DEF 2–4 |
| 34. | Dispatch/Radio Communications DEF 00067.WAV |
| 35. | Dispatch/Radio Communications DEF 00068.WAV |
| 36. | Dispatch/Radio Communications DEF 00069.WAV |
| 37. | Dispatch/Radio Communications DEF 00070.WAV |
| 38. | Dispatch/Radio Communications DEF 00071.WAV |
| 39. | Dispatch/Radio Communications DEF 00072.WAV |
| 40. | Dispatch/Radio Communications DEF 00073.WAV |
| 41. | Dispatch/Radio Communications DEF 00074.WAV |
| 42. | Dispatch/Radio Communications DEF 00075.WAV |

| No. | Description |
|---|---|
| 43. | Dispatch/Radio Communications DEF 00076.WAV |
| 44. | Dispatch/Radio Communications DEF 00077.WAV |
| 45. | Dispatch/Radio Communications DEF 00078.WAV |
| 46. | Dispatch/Radio Communications DEF 00079.WAV |
| 47. | Dispatch/Radio Communications DEF 00080.WAV |
| 48. | Estate Of Alejandro Sanchez — Second Amended Complaint (1:18-cv-00977-DAD-BAM) |
| 49. | Estate Of Alejandro Sanchez — Camara Video Interview |
| 50. | Estate Of Alejandro Sanchez — Camara Deposition |
| 51. | Gonzalez v. Cnty. of Stanislaus — Complaint (2:21-at-00632) |
| 52. | CAD Response Reports (MCS22285464 CAD, RP22008565 CAD) [Stanislaus Regional 911 Subpoena Response] |
| 53. | Dispatch Audio Recordings [Stanislaus Regional 911 Subpoena Response] |
| 54. | Agent Activity Summary [Stanislaus Regional 911 Subpoena Response] |
| 55. | Isaiah Fiapule, Criminal case, CR-25-000170, Preliminary Examination, Camara Testimony |
| 56. | Isaiah Fiapule, Criminal case, CR-25-000170, videos of incident |
| 57. | Anthony Silva, Death Certificate (P-22) |
| 58. | Hospital records and photographs (PLT 000032–PLT 000186) |

| No. | Description |
|---|---|
| 59. | Hospital Records, PLT000188–PLT014285 |
| 60. | Medical records related to Decedent's treatment after the incident, including xray imagery and MRI imagery. PLT014286–PLT016541 |
| 61. | Photographs of Decedent PLT 000023–PLT 000031 |
| 62. | Major Incident Notification SCSD Policy |
| 63. | Photos and Cards. PLT 016542–016584 |
| 64. | * SCSD Incident Report (DEF 2–13) |
| 65. | * Warrant (DEF0085-0089) |
| 66. | * Za Xiong Phone Records (DEF00081) |
| 67. | * Camara Phone Records (DEF00082) |
| 68. | * Bavaro Phone Records (DEF00083) |
| 69. | * Camara Personnel File (CAMARA0001–0091) |
| 70. | * Xiong Personnel File (XIONG0001–0102) |
| 20-200 | |

Dated: November 6, 2025         **LAW OFFICES OF DALE K. GALIPO**

                          By:    */s/   Cooper Alison-Mayne*
                                   Dale K. Galipo
                                   Cooper Alison-Mayne
                                   *Attorneys for Plaintiff* Click or tap here to enter text.