**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Colin J. Nystrom, SBN 354503
cnystrom@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants STANISLAUS COUNTY, JUSTIN CAMARA, ZA XIONG
*(Exempt from Filing Fees Pursuant to Government Code § 6103)*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>Defendants.<br>_____/ | Case No. 2:23-cv-01887-DJC-CSK<br><br>**DEFENDANTS' WITNESS AND EXHIBIT LIST** |

**DEFENDANTS' WITNESS LIST**

1. Deputy Za Xiong
2. Deputy Eric Bavaro
3. Deputy Bret Babbit
4. Deputy Lauren Romero
5. Deputy Justin Camara

**6.** Sergeant David Hickman

**7.** Dr. Martinelli

**8.** De. Ian McIntyre

**9.** Dr. Robert Bux

**10.** Dr. Robert Shavelle

**11.** Dr. Ravinder Bahia

## DEFENDANTS' EXHIBIT LIST

A. Sheriff Department CAD report DEF 00001

B. Sheriff Department Camara report – DEF 00002-00008, 00019-00020

C. Sheriff Department Xiong report – DEF 00009-00013

D. Sheriff Department Bavaro report – DEF 00014-00018

E. Stanislaus County Sheriff's Department video Bates Nos. DEF 00026 – DEF 00031

    a. DEF00026

    b. DEF00027

    c. DEF00028

    d. DEF00029

    e. DEF00030

    f. DEF00031

F. Ramey Warrant, DEF0085-0089

Dated: November 6, 2025

          PORTER SCOTT
          A PROFESSIONAL CORPORATION

          By  /s/ John R. Whitefleet
              John R. Whitefleet
              Colin J. Nystrom
              Attorneys for Defendants