**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>Plaintiff,<br><br>vs.<br><br>STANISLAUS COUNTY, JUSTIN CAMARA, and ZA XIONG,<br><br>Defendants. | **Case No. 2:23-CV-01887-DJC-CSK**<br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Chi Soo Kim<br><br>**JOINT REQUEST TO APPEAR REMOTELY AT THE DECEMBER 18, 2025, FINAL STATUS CONFERENCE HEARING**<br><br>Date: December 18, 2025<br>Time: 1:30 p.m.<br>Dept.: 7 |

**TO THE ABOVE –ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Counsel for Plaintiff and Defendants hereby respectfully request that attorneys be allowed to appear by Zoom or telephonically (or other remote web conference platform) at the Final Status Conference hearing scheduled for December 18, 2025, at 1:30 p.m.

Due to several scheduling conflicts, the parties will be unable to attend the hearing in person.

Although the Court disfavors remote appearances, good cause exists here. Plaintiff's lead counsel, Mr. Galipo, will be in the Northern District of California on December 18, 2025, at 1:30pm, appearing on a Motion for Summary Judgment hearing, *Yuriar, et al. v. County of Alameda, et al*, 4:23cv6438-KAW (Judge Kandis A. Westmore).

Accordingly, Plaintiffs respectfully request that the Court exercise its discretion to permit Mr. Galipo and Mr. Mayne to appear remotely at the final status conference. Insofar as Plaintiff's counsel are seeking to appear remotely, the same should be allowed for counsel for Defendants

DATED:  December 10, 2025        **LAW OFFICES OF DALE K. GALIPO**

By:   */s/Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

DATED:  December 10, 2025        **PORTER SCOTT**

By:   */s/John Whitefleet*
John Whitefleet
*Attorney for Defendants*