# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>　STANISLAUS COUNTY, JUSTIN CAMARA, and ZA XIONG,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01887-DJC−KJN<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR REMOTELY** |

## ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:** having considered the request by counsel for Plaintiff to permit counsel to appear telephonically or by Zoom at the Final Status Conference Hearing scheduled for December 18, 2025, the Court hereby GRANTS that request. Counsel for the parties may appear telephonically (by Zoom) on December 18, 2025.

**IT IS SO ORDERED**

**Dated:** _____

Hon. District Judge Daniel J. Calabretta