**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Dorothey Heimbach*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, <br><br> Plaintiff, <br><br> vs. <br><br> STANISLAUS COUNTY, JUSTIN CAMARA, and ZA XIONG, <br><br> Defendants. | 2:23-cv-01887-DJC-CSK <br><br> *Assigned to:* <br> District Judge Daniel J. Calabretta <br><br> **JOINT STATEMENT OF THE CASE** <br><br> FPTC Date:   December 18, 2025 <br> Time:           1:30 PM <br> Location:     Courtroom 7 |

1

PLEASE TAKE NOTICE that the Parties hereby submit their Joint Statement of the Case.

Respectfully submitted,

Dated: December 11, 2025         **LAW OFFICES OF DALE K. GALIPO**

By:   */s/   Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff Dorothey Heimbach*

Dated:  December 11, 2025         **PORTER SCOTT**

By:   */s/ John Whitefleet*
John Whitefleet
*Attorney for Defendants*

2

## JOINT STATEMENT OF THE CASE

This case arises from the October 8, 2022, encounter between Anthony Silva by Stanislaus County Sheriff's Deputies, during which Plaintiff alleges that Mr. Silva sustained a cervical spine fracture that rendered him quadriplegic. He died approximately eleven months later, on September 10, 2023.

The Plaintiff is Anthony Silva's mother, Dorothey Heimbach. She claims that Stanislaus Sheriff Department Deputies Justin Camara and Za Xiong used excessive and unreasonable force against Anthony Silva and were negligent, causing his paralysis, related injuries, and subsequent death.

Defendants are Stanislaus County, Justin Camara, and Za Xiong. They deny Plaintiff's claims and contend that the use of force was reasonable and not excessive under the circumstances and their conduct was not negligent, nor caused his paralysis, related injuries or subsequent death.