1

2

3 **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
4 dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
5 cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
6 Woodland Hills, CA 91367
Phone: (818) 347-3333
7

8 *Attorneys for Plaintiff Dorothey Heimbach*

9

10 **UNITED STATES DISTRICT COURT**

11 **EASTERN DISTRICT OF CALIFORNIA**

12

13 DOROTHEY HEIMBACH,                    2:23-cv-01887-DJC-CSK

14                      Plaintiff,       *Assigned to:*
District Judge Daniel J. Calabretta
15         vs.
**DECLARATION OF COOPER**
16 STANISLAUS COUNTY, JUSTIN            **ALISON-MAYNE IN SUPPORT OF**
CAMARA, and ZA XIONG,                **PLAINTIFF'S MOTION IN LIMINE**
17                                     **#3 TO EXCLUDE ALL OPINIONS**
**OF DEFENSE EXPERT IAIN**
18                      Defendants.     **MCINTYRE**

19                                     FPTC Date:    December 18, 2025
Time:         1:30 PM
20                                     Location:     Courtroom 7

21

22

23

24

25

26

27

28

I, Cooper Alison-Mayne, declare as follows:

I am an attorney duly licensed to practice law in the State of California, and the Eastern District of California. I make this declaration in relation to the parties joint report filed concurrently. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

Attached hereto as "**Exhibit A**" is a true and correct copy of the January 1, 2025, Rule 26 Report of Defendants expert Iain M. McIntyre, Ph.D.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on December 11, 2025, in Los Angeles, California.

LAW OFFICES OF DALE K. GALIPO

Dated:                              By:    */S/  Cooper Alison-Mayne*
                                                Dale K. Galipo
                                                Cooper Alison-Mayne
                                                Attorneys for Plaintiff

DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 3

# EXHIBIT A



# IAIN M. McINTYRE, Ph.D.

**FORENSIC TOXICOLOGIST, CONSULTANT, AND EXPERT WITNESS**

# CURRICULUM VITAE

January 1, 2025



## ADDRESS  / CONTACT DETAILS

Private Consulting:     11168 Paseo Montanoso
San Diego, CA  92127
U.S.A.

Telephone: (858) 248-2342
E-mail: imcintyre.tox@gmail.com
Web:  https://iainmmcintyre.wixsite.com/toxicology

*Former Position:*     *Forensic Toxicology Laboratory Manager / Director*
*and Chief Toxicologist*
*Department of the Medical Examiner*
*County of San Diego*
*5570 Overland Ave., Suite 101*
*San Diego, CA  92123*
*U.S.A.*

**PLACE OF BIRTH**

Footscray, Victoria, Australia

**EDUCATION**

Essendon Grammar School, Essendon, VIC. Australia
(1969-1974)

University of Melbourne, Melbourne, VIC. Australia
(1975-1983)

**TERTIARY ACADEMIC QUALIFICATIONS**

**Ph.D.** (1983)                Faculty of Medicine
                               University of Melbourne, Australia

                               Thesis Title:
                               "Biochemical and Endocrinological Studies in Psychiatric
                                Disorders".
                               (Supervisors: Drs. G.D. Burrows, T.R. Norman)

**M.S.** (1980)                Faculty of Science
                               University of Melbourne, Australia

                               Thesis Title:
                               "Studies of Nomifensine in Man".

**B.S. (Honors)** (1979)       Faculty of Science
                               University of Melbourne, Australia
                               <u>1st Class Honors</u>

                               Subject:
                               "Evaluation and Application of a Radioimmunoassay for
                                Nomifensine".

**B.S.** (1977)                Faculty of Science
                               University of Melbourne, Australia

                               Major subjects:
                               Organic, Physical and Inorganic Chemistry

**OTHER TERTIARY COURSES**

1980s                          RMIT University
                               Phlebotomy Course

**CURRENT POSITION**

| | |
|---|---|
| **2003-Current** | **Forensic Toxicologist, Consultant, and Expert Witness** |
| | 11168 Paseo Montanoso |
| | San Diego, CA 92127 U.S.A. |
| | Telephone: (858) 248-2342 |
| | E-mail: imcintyre.tox@gmail.com |
| | Web: http://iainmmcintyre.wix.com/toxicology |

**PREVIOUS PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2001-2020 | Forensic Toxicology Laboratory Manager / Director and Chief Toxicologist Department of the Medical Examiner County of San Diego 5570 Overland Ave., Suite 101 San Diego, CA 92123 U.S.A. |
| 2014-2022 | Voluntary Clinical Professor Department of Pathology University of California, San Diego Health Sciences 9500 Gilman Drive, La Jolla, CA 92093 U.S.A. |
| 2008-2012 | Adjunct Assistant Professor Graduate School of Public Health, College of Health and Human Services San Diego State University San Diego, CA 92182 U.S.A. |
| 2003- 2005 | Adjunct Professor - Forensic Toxicology School of Business & Information Management Department of Organizational Management & Administration National University La Jolla, CA 92037-1011 U.S.A. |
| 1996- 2001 | Manager and Chief Scientist (Toxicology) Victorian Institute of Forensic Medicine 57-83 Kavanagh Street Southbank Vic Australia Telephone (61 3) 9 684 4444 |
| 1997- 2001 | Honorary Senior Lecturer Department of Forensic Medicine Monash University 57-83 Kavanagh Street Southbank Vic Australia |

| | |
|---|---|
| 1990- 2001 | Honorary Senior Research Fellow<br>Department of Psychology<br>La Trobe University<br>Bundoora Vic Australia |
| 1989- 2001 | Member<br>Brain Behaviour Research Institute<br>La Trobe University<br>Bundoora Vic Australia |
| 1994-1997 | Honorary Senior Research Fellow<br>Department of Forensic Medicine<br>Monash University<br>57-83 Kavanagh Street |
| 1990-1996 | Chief Scientist (Toxicology)<br>Victorian Institute of Forensic Pathology (Medicine)<br>57-83 Kavanagh Street<br>Southbank Vic Australia |
| 1990-1991 | Honorary Research Officer<br>Department of Psychiatry<br>The Amalgamated Melbourne & Essendon Hospitals<br>Melbourne Vic Australia |
| 1989-1990 | Teaching, Diploma of Psychological Medicine (DPM)<br>University of Melbourne |
| 1985-1990 | Research Fellow<br>Department of Psychiatry<br>University of Melbourne<br>and<br>Psychoendocrine Research Unit<br>Division of Psychological Medicine<br>Austin Hospital<br>Heidelberg Vic Australia |
| 1985 | Visiting Research Fellow<br>Department of Biochemistry<br>University of Surrey<br>Guildford Surrey England<br>(Sponsored by Dr Josephine Arendt and the Ciba<br>Foundation) |
| 1982-1985 | Teaching, Neuroendocrinology<br>Lafayette Clinic/Wayne State University Psychiatric<br>Residency Program and Master's Program |

| 1983-1985 | Assistant Professor |
| | Department of Psychiatry |
| | Wayne State University School of Medicine |
| | and |
| | Director |
| | Psychoendocrine Research Unit |
| | Lafayette Clinic |
| | Detroit MI USA |
| | |
| 1982-1983 | Lecturer |
| | Department of Psychiatry |
| | Wayne State University School of Medicine |
| | and |
| | Assistant Laboratory Administrator |
| | Division of Pharmacology |
| | Lafayette Clinic |
| | Detroit MI USA |
| | |
| 1978-1979 | Assistant Research Officer |
| | Department of Psychiatry |
| | University of Melbourne |
| | Melbourne VIC Australia |

## SCHOLARSHIPS / AWARDS / FELLOWSHIPS

| 1970 | Australian Government Scholarship |
| 1979-1982 | Postgraduate Research Award, Australian Government |
| 1981 | ASCEP Bursary |
| 1982-1983 | Postdoctoral Research Fellow |
| | Lafayette Clinic |
| | and |
| | Department of Psychiatry |
| | Wayne State University |
| | School of Medicine (Sponsored by Dr. Samuel Gershon) |
| 1984 | Ciba Foundation Bursary (London, UK) |
| 1985 | Annual Research Award for Psychoneuroendocrinology from The Australian Society for Psychiatric Research (sponsored by Organon) |
| 1985-1987 | University of Melbourne Research Fellowship |

## EDITORIAL BOARD APPOINTMENTS:  INTERNATIONAL JOURNALS

1. *Journal of Forensic Science: Research & Development (Executive Editor); OMICS Publishing Group: An Open Access Publisher (2010-2013)*
2. *Journal of Analytical Toxicology (1994-2004)*
3. *International Biodeterioration & Biodegradation (1998-2012)*

**CONSULTANT / REFEREE / SCIENTIFIC ADVISORY BOARD MEMBER:**
**INTERNATIONAL JOURNALS**

1.  Journal of Analytical Toxicology (1993-current)
2.  Forensic Science International (2003-current)
3.  Journal of Forensic and Legal Medicine (2011-current)
4.  Journal of Forensic Sciences (2014-current)
5.  World Journal of Emergency Medicine (2014-current)
6.  European Journal of Forensic Sciences (2015-current)
7.  Toxicology Research (Royal Society of Chemistry) (2015-current)

8.  *Stress and Health (2003-2007)*
9.  *Journal of Chromatography B (2007)*
10. *Journal of Chromatography (Biomedical Applications) (1993-1999)*
11. *Stress Medicine (1994-1996)*
12. *CNS Drugs (1994-1995)*
13. *Biological Psychiatry (1986-1993)*
14. *Psychiatry Research (1993-1995)*
15. *Psychoneuroendocrinology (1986-1990)*
16. *Australian and New Zealand Journal of Psychiatry (1990)*

**PROFESSIONAL SOCIETIES: MEMBERSHIPS**

1.  The International Association of Forensic Toxicologists (TIAFT) (1990 - current)
2.  Society of Forensic Toxicologists (SOFT) (1993 - current)
3.  California Association of Toxicologists (CAT) (2002 - current)
4.  American Academy of Forensic Sciences (AAFS) (2016 - current)

5.  *Midwest Association for Toxicology and Therapeutic Drug Monitoring (MATT)*
    *(2015 -2021)*
6.  *The Australian Society of Clinical and Experimental Pharmacologists (1978-1993)*
7.  *International Brain Research Organization (1989-1993)*
8.  *The Australian Society for Medical Research (1986-1991)*
9.  *International Society of Psychoneuroendocrinology (ISPNE) (1985-1990)*
10. *The Australian Society of Biological Psychiatry (1986-1990)*
11. *The Australian Society of Psychiatry Research (ASPR) (1985-1990)*
12. *Society for Light Treatment and Biological Rhythms (SLTBR) (1989-1990)*

**ASSESSOR FOR GRANTING BODIES**

National Health and Medical Research Council of Australia (NH &MRC)
(1987-2001)

**LABORATORY ASSESSOR / INSPECTOR (NATIONAL FORENSIC**
**ACCREDITATION BODY)**

Technical assessor for NATA (National Association of Testing Authorities, Australia).
Forensic Science Accreditation Advisory Committee.
(2000-2001)
   **-**Tasmanian Forensic Science Institute, Hobart, Tasmania, Australia, 2000.

**LABORATORY ASSESSOR / INSPECTOR (AMERICAN BOARD OF FORENSIC TOXICOLOGY)**

Technical Laboratory assessor for ABFT (American Board of Forensic Toxicology). (2006-Current)
- New York Medical Examiner, New York, NY, December 2006.
- NMS Labs, Willow Grove, PA, March 2007.
- Oklahoma Medical Examiner, Oklahoma City, O., September 2007.
- Washington State Patrol, Seattle, WA, October 2007.
- Erie County Medical Examiner, Buffalo, NY, May 2008.
- New York Medical Examiner, New York, NY, May 2009.
- Washington State Patrol, Seattle, WA, June 2009.
- New Mexico Office of the Medical Examiner, Albuquerque, NM, November 2009.
- Albany Medical Center, Albany, NY, September 2010.
- Westchester County Department of Laboratories and Research, NY, May 2011.
- Oklahoma Medical Examiner, Oklahoma City, OK, January 2012.
- Suffolk County Medical Examiner, Hauppauge, NY, May 2012.
- District of Columbia Office of the Chief Medical Examiner, D.C., January 2014.
- Cuyahoga County Medical Examiner, Cleveland, OH, January 2015.
- Federal Bureau of Investigation (FBI), Quantico, VA, June 2015.
- Erie County Medical Examiner, Buffalo, NY, April 2016.
- Redwood Toxicology Laboratory–Forensic Division, Santa Rosa, CA, June 2016.
- City and County of San Francisco Office of the Chief Medical Examiner, San Francisco, CA, 2017.
- Forensic Laboratory Division, CA, May 2017.
- State of Delaware–Department of Safety and Homeland Security–Division of Forensic Science, May 2018.
- City and County of San Francisco Office of the Chief Medical Examiner, San Francisco, CA, January 2019.


**COMMITTES and COMMUNITY PROGRAMS**

County of San Diego Local Assistance Center (LAC)
Assistant Manager : 2011- 2019

Scientific Working Group for Forensic Toxicology (SWGTOX)
Committee Member : 2013 - 2014

National Institute of Justice : Controlled Substances and Toxicology Technical Working Group (TWG)
US Department of Justice : December 2014

National Institute of Justice : Controlled Substances and Toxicology Technical Working Group (TWG)
US Department of Justice : September 2015

## POSTGRADUATE STUDENT SUPERVISION

| | | | |
|---|---|---|---|
| 1987 | B.Sc.(Honors) | Daniela Sartor | The University of Melbourne<br>(Dept. of Psychiatry)<br>Co-supervision with Dr. T.R. Norman |
| 1991 | B.Sc.(Honors) | Daniela Cerasuolo | Monash University<br>(Dept. of Pharmacology and Toxicology)<br>Co-supervision with Dr. O.H. Drummer |
| 1992 | B.Sc.(Honors) | Fiona Couper | Monash University<br>(Dept. of Pharmacology and Toxicology)<br>Co-supervision with Dr. O.H. Drummer |
| 1992-1999 | M.Sc. | Kerryn Crump | Monash University<br>(Dept. of Forensic Medicine)<br>Co-supervision with Dr. O.H. Drummer) |
| 1997 | B.Sc.(Honors) | Paull Jaffe | Monash University<br>(Dept. of Pharmacology and Toxicology)<br>Co-supervision with A/Prof O.H. Drummer |
| 1997 | B.Sc.(Honors) | Helen Batziris | University of Melbourne<br>(Dept. of Pharmacology)<br>Co-supervision with A/Prof O.H. Drummer |
| 1998 | B.Sc.(Honors) | Mary Baratto | Monash University<br>(Dept. of Pharmacology and Toxicology) |
| 1999-2002 | Ph.D. | Kabrena Goeringer | Monash University<br>(Dept. of Forensic Medicine)<br>Co-supervision with A/Prof O.H. Drummer |
| 2010-2012 | M.Sc. | Christina Meyer Escott | Cardiff University, Wales (U.K.)<br>(School of Medicine, Medical Toxicology)<br>Co-supervision with Prof P.A. Routledge |
| 2015 | M.F.S. | Jose E. Valdez, Jr. | National University, San Diego, CA.U.S.A.<br>Co-supervision with Dr. Ismail Sebetan |

**PUBLIC APPEARANCES (as an expert in forensic toxicology)**

**Participation in Documentary Movie**
"*Soaked in Bleach*" A documentary film (released June 2015) explores the death of Kurt Cobain and its aftermath, examines the competing opinions and theories surrounding his death (suicide or foul play/murder), as well as the various people tied to those theories.
Suburban Hitchhiker: Richard Middleton & Donnie Eichar, prods.; Benjamin Statler, dir.; Michael Sanford (in association with Heidi Levitt Casting), & Heidi Levitt, casting dirs.; David Lowe, casting assoc.

**Participation in Documentary/Crime/Drama**
*"Accident, Suicide or Murder"* Investigated by Paul Holes: What happened to Morgan Ingram? Oxygen Network. Premier: May 18, 2019.

**Consultant**
The DNA of Murder with Paul Holes
Oxygen Network. Premier: Spring 2020.

## PUBLICATIONS

1.   Vohra, J., Burrows, G.D., McIntyre, I.M. and Davies, D.M. "Cardiovascular Effects of Nomifensine" **Lancet** 11 902-903, 1978.

2.   Burrows, G.D. Norman, T.R., McIntyre, I.M., Maguire, K.P. and Wurm, J.M.E. "Cardiac Effects of Some Newer Antidepressants" **Drug Newsletter** Baltimore, MD, 1979.

3.   McIntyre, I.M., Burrows, G.D., Norman, T.R. and Scoggins, B.A. "Radioimmunoassay of A New Antidepressant - Nomifensine" **Clinical and Experimental Pharmacology and Physiology** 6 703, 1979.

4.   Dumovic, P., Burrows, G.D., Vohra, J. and McIntyre, I.M. "Nomifensine - A New Antidepressant" **Clinical and Experimental Pharmacology and Physiology** 6 706, 1979.

5.   McIntyre, I.M., Norman, T.R., Burrows, G.D., Dumovic, P. and Vohra, J. "Plasma Nomifensine Concentration : Cardiological Effects and Clinical Response" **International Pharmacopsychiatry** 15 325-333, 1980.

6.   McIntyre, I.M., Norman, T.R. and Burrows, G.D. "In Vitro Stability of Nomifensine in Plasma Concentrations" **Clinical Chemistry** 27 203-204, 1981.

7.   McIntyre, I.M., Norman, T.R., Burrows, G.D., Davies, D. and Maguire, K.P. "Dexamethasone Suppression Test - Poor Response to Antidepressants" **British Medical Journal** 283 1609-1610, 1981.

8.   McIntyre, I.M., Norman, T.R., Burrows, G.D. and Maguire, K.P. "Determination of Nomifensine Plasma Concentrations : A Comparison of Radioimmunoassay and Gas Chromatography" **British Journal of Clinical Pharmacology** 12 691-694, 1981.

9.   McIntyre, I.M., Norman, T.R., Burrows, G.D. and Maguire, K.P. "Pharmacokinetics of Nomifensine After a Single Oral Dose" **British Journal of Clinical Pharmacology** 13 740, 1982.

10.  Maguire, K.P., Norman, T.R., McIntyre, I.M., Burrows, G.D. and Davies, D.M. "Blood and Plasma Concentrations of Dothiepin and its Major Metabolites and Clinical Response" **Journal of Affective Disorders** 4 41-48, 1982.

11.  Norman, T.R., McIntyre, I.M., Burrows, G.D. and Judd, F. "The Dexamethasone Suppression Test in an Inpatient Psychiatric Population" **Pharmabulletin Health Commission of Victoria** 61 31-34, 1982.

12.  Maguire, K.P., Norman, T.R., McIntyre, I.M. and Burrows, G.D. "Clinical Pharmacokinetics of Dothiepin : Single Dose Kinetics in Patients and Prediction of Steady-State Concentrations of Dothiepin" **Clinical Pharmacokinetics** 8 179-185, 1983.

13.  Maguire, K., McIntyre, I.M., Norman, T.R. and Burrows, G.D. "The Pharmacokinetics of Mianserin in Elderly Depressed Patients" **Psychiatry Research** 8 281-287, 1983.

14. Norman, T.R., Burrows, G.D., Marriott, P.F., McIntyre, I.M., Davies, B.M. and Moore, R.G. "Zimelidine : A Placebo Controlled Trial in Depression" **Psychiatry Research** 8 95-103, 1983.

15. Norman, T.R., Burrows, G.D., Maguire, K.P., McIntyre, I.M. and Scoggins, B.A. "Maprotiline in Affective Illness; Plasma Concentrations and Clinical Response" **Journal of Affective Disorders** 5 147-154, 1983.

16. McIntyre, I.M., Kuhn, C., Demetriou, S., Ruffing, D., Fucek, F. and Stanley, M. "Modulating Role of Lithium on Dopamine Turnover, Prolactin Release and Behavioural Supersensitivity Following Haloperidol and Reserpine" **Psychopharmacology** 81 150-154, 1983.

17. Oxenkrug, G.F., Pomara, N., McIntyre, I.M., Stanley, M. and Gershon, S. "Aging and Cortisol Resistance to Suppression by Dexamethasone : A Positive Correlation" **Psychiatry Research** 10 125-130, 1983.

18. McIntyre, I.M. and Stanley, M. "Postmortem and Regional Changes in Serotonin, 5-Hydroxyindoleacetic Acid and Tryptophan in Brain" **Journal of Neurochemistry** 42 1588-1592, 1984.

19. Oxenkrug, G.F., McIntyre, I.M., Stanley, M. and Gershon, S. "Dexamethasone Suppression Test : Experimental Model in Rats and Effect of Age" **Biological Psychiatry** 19 413-416, 1984.

20. Oxenkrug, G.F., McIntyre, I.M. and Gershon, S. "Effects of Pinealectomy and Aging on the Serum Corticosterone Circadian Rhythm in Rats" **Journal of Pineal Research** 1 181-185, 1984.

21. McIntyre, I.M., Oxenkrug, G., Stanley, M. and Gershon, S. "The Effect of 5, 7-Dihydroxytryptamine on the Serum Corticosterone Resistance to Suppression by Dexamethasone" **Brain Research** 309 156-158, 1984.

22. McIntyre, I.M. and Oxenkrug, G.F. "Electroconvulsive Shock : Effects on Pineal and Hypothalamic Indoles" **Journal of Pineal Research** 1 273-279, 1984.

23. McIntyre, I.M. and Oxenkrug, G.F. "Chronic Alcohol Administration Increases Corticosterone Resistance to Suppression by Dexamethasone" **Biological Psychiatry** 19 1725-1729, 1984.

24. Branconnier, R., Oxenkrug, G.F., McIntyre, I.M., Pomara, N., Harto-Truax, N. and Gershon S. "Prediction of Cortisol Response to Dexamethasone : A Multivariant Approach" **Psychopharmacology** 84 274-275, 1984.

25. Pomara, M., Oxenkrug, G.F., McIntyre, I.M., Block, R., Stanley, M. and Gershon, S. "Does Severity of Dementia Modulate Response to Dexamethasone in Individuals with Primary Degenerative Dementia?" **Biological Psychiatry** 19 1481-1487, 1984.

26. Lerer, B., Stanley, M., McIntyre, I.M. and Altman, H. "Electroconvulsive Shock and Brain Cholinergic Receptors: Relationship to Anterograde Amnesia" **Life Sciences** 35 2659-2664, 1984.

27. Oxenkrug, G.F., McIntyre, I.M., Novak, E., Hryhorczuk, L. and Frohman, C. "Differential Effect of Carbidopa on the Concentration of Rat Pineal and Hypothalamic Indoleamines" **Journal of Pineal Research** 1 349-353, 1984.

28. Oxenkrug, G.F., McCauley, R.B., McIntyre, I.M. and Filipowicz, C. "Effects of Clorgyline and Deprenyl on rat pineal melatonin" **Journal of Pharmacy and Pharmacology** 36 55W, 1984.

29. Gershon, S., McIntyre, I.M., Pomara, N., Stanley, M. and Oxenkrug, G.F. "Alterations in Cholinergic Receptors Mediate the Effects of Dexamethasone on Corticosterone" **Biological Psychiatry** 20 458-460, 1985.

30. Oxenkrug, G.F., McCauley, R., McIntyre, I.M. and Filipowicz, C. "Selective Inhibition of MAO-A but not MAO-B Activity Increases Rat Pineal Melatonin" **Journal of Neural Transmission** 61 265-270, 1985.

31. McIntyre, I.M. and Gershon, S. "Interpatient Variations in Antipsychotic Therapy" **Journal of Clinical Psychiatry** 46 3-5, 1985.

32. McIntyre, I.M., McCauley, R., Filipowicz, C. and Oxenkrug, G.F. "Carbidopa Effect on Rat Brain Monoamine Oxidase and Pineal Melatonin" **Biological Psychiatry** 20 809-811, 1985.

33. Novak, E., Stanley, M., McIntyre, I.M. and Hryhorczuk, L. "An HPLC Method for Quantitation of Cyproheptadine in Serum or Plasma" **Journal of Chromatography** 339 457-461, 1985.

34. McIntyre, I.M., McCauley, R., Murphy, S., Goldman, H. and Oxenkrug, G.F. "The Effect of Superior Cervical Ganglionectomy on Melatonin Stimulation by MAO-A Inhibition" **Biochemical Pharmacology** 34 3393-3394, 1985.

35. Oxenkrug, G.F. and McIntyre, I.M. "Stress Induced Synthesis of Melatonin : Possible Involvement of the Endogenous Inhibitor (Tribulin)" **Life Sciences** 37 1743-1746, 1985.

36. LeWitt, P.A., Oxenkrug, G.F., McIntyre, I.M. and McCauley, R.M. "Peripheral Carbidopa Affects Striatal Monoamine Oxidase Activity" **Neurology** 35 1258, 1985.

37. Oxenkrug, G.F., McIntyre, I.M., Balon, R., Jain, A.K., Appel, D. and McCauley, R. "Single Dose of Tranylcypromine Increases Human Plasma Melatonin" **Biological Psychiatry** 21 1085-1089, 1986.

38 Norman, T., Judd, F., Gregory, M., James, R., Kimber, N., McIntyre, I.M. and Burrows, G. "Platelet Serotonin Uptake in Panic Disorder" **Journal of Affective Disorders** 11 69-72, 1986.

39.   McIntyre, I.M., Judd, F.K., Norman, T.R. and Burrows, G.D.  "Plasma Melatonin Concentrations in Depression" **Australian and New Zealand Journal of Psychiatry** 20 381-383, 1986.

40.   Oxenkrug, G.F., McCauley, R.B., Fontana, D.J., McIntyre, I.M. and Commissaris, R.L. "Possible Melatonin Involvement in the Hypotensive Effect of MAO Inhibitors" **Journal of Neural Transmission** 66 271-280, 1986.

41.   McIntyre, I.M. Marriott, P.F., Jefferys, D., Judd, F., Norman, T.R. and Burrows, G.D. "Reduced Plasma Melatonin in Panic Disorder" **Biological Psychiatry** 21: 1438-1439, 1986.

42.   Norman, T.R., Burrows, G.D., Judd, F.K. and McIntyre, I.M.  "Serotonergic Involvement in the Aetiology of Panic Attacks: Studies Using the Blood Platelet" **Clinical Neuropharmacology** 9 (Suppl. 4) 162, 1986.

43.   Judd, F., Norman, T.R., Burrows, G.D. and McIntyre, I.M.  "The Dexamethasone Suppression Test in Panic Disorder" **Pharmacopsychiatry** 20 99-101, 1987.

44.   McIntyre, I.M., Norman, T.R., Burrows, G.D. and Armstrong, S.M. "Nocturnal Melatonin Rhythm in Human Plasma and Saliva" **Journal of Pineal Research** 4 177-184, 1987.

45.   McIntyre, I.M., Norman, T.R., Marriott, P.F. and Burrows, G.D.  "The Pineal Hormone Melatonin in Panic Disorder" **Journal of Affective Disorders** 12 203-206, 1987.

46.   Norman, T.R., Piperoglou, M., McIntyre, I.M., Lynch, C. and Burrows, G.D.  "Plasma Immunoreactive Beta-Endorphin in Dexamethasone Suppressors and Non Suppressors of Cortisol" **Journal of Affective Disorders** 12 233-239, 1987.

47.   Norman, T.R., Kimber, N.M., Judd, F.K., Burrows, G.D. and McIntyre, I.M.  "Platelet 3H-Rauwolscine Binding in Patients with Panic Attacks" **Psychiatry Research** 22 43-48, 1987.

48.   Burrows, G.D., McIntyre, I.M. and Norman, T.R.  "Treatment Resistant Depression" **N.S.W. Psychopharmacology Newsletter** 2 4-6, 1987.

49.   Norman, T.R. Acevedo, A., Burrows, G.D., Judd, F.K. and McIntyre, I.M.  "Urinary Tribulin Output in Patients with Panic Attacks" **British Journal of Psychiatry** 152 295-296, 1988.

50.   Oxenkrug, G.F., McIntyre, I.M., McCauley, R. and Yuwiler, A.  "Affect of Selective Monoamine Oxidase Inhibitors on Rat Pineal Melatonin Synthesis in Vitro" **Journal of Pineal Research** 5 99-109, 1988.

51.   McIntyre, I.M., Burrows, G.D. and Norman, T.R. "Suppression of Plasma Melatonin by a Single Dose of the Benzodiazepine Alprazolam in Humans" **Biological Psychiatry** 24 108-112, 1988.

52.    Oxenkrug, G.F., Balon, R. Jain, A.K. and McIntyre, I.M. "Melatonin Plasma Response to MAO-Inhibitor: Influence on Human Pineal Activity?" **Acta Psychiatrica Scandinavica** <u>77</u> 160-162, 1988.

53.    Norman, T.R., Sartor, D.M. and McIntyre, I.M. "Clinical and Experimental Studies on the Potentiation of Antidepressant Drugs by Thyroid Hormones" **Medical Science Research** <u>16</u> 545-550, 1988.

54.    Norman, T.R., Acevedo, A., McIntyre, I.M., Judd, F.K. and Burrows, G.D. "A Kinetic Analysis of Platelet Monoamine Oxidase Activity in Patients with Panic Attacks" **Journal of Affective Disorders** <u>15</u> 127-130, 1988.

55.    Burrows, G.D., McIntyre, I.M., Judd, F.K. and Norman, T.R. "Clinical Effects of Serotonin Re-uptake Inhibitors in the Treatment of Depressive Illness" **Journal of Clinical Psychiatry** <u>49</u> 8 (Suppl) 18-22, 1988.

56.    Bhattacharya, S., Glover, V., McIntyre, I.M., Oxenkrug, G.F. and Sandler, M. "Stress Causes and Increase in Endogenous Monoamine Oxidase Inhibitor (Tribulin) in Rat Brain" **Neuroscience Letters** <u>92</u> 218-221, 1988.

57.    Norman, T.R., Gregory, M.S., Judd, F.K., Burrows, G.D. and McIntrye, I.M. "Platelet Serotonin Uptake in Panic Disorder: Comparison with Normal Controls and the Effect of Treatment" **Australian and New Zealand Journal of Psychiatry** <u>22</u> 390-395, 1988.

58.    McIntyre, I.M., Norman, T.R., Burrows, G.D. and Oxenkrug, G.F. "The Effect of Stress on Melatonin and Serotonin in Rat Brain" **Stress Medicine** <u>5</u> 5-8, 1989.

59.    McIntyre, I.M., Norman, T.R., Burrows, G.D. and Armstrong, S.M. "Human Melatonin Suppression by Light is Intensity Dependent" **Journal of Pineal Research** <u>6</u> 149-156, 1989.

60.    Norman, T.R., Burrows, G.D. and McIntyre, I.M. "Serotonin Reuptake Inhibitors for the Treatment of Depressive Illness and Anxiety States" **The Australian Journal of Psychopharmacology** <u>4</u> 6-9, 1989.

61.    McIntyre, I.M., Norman, T.R., Burrows, G.D. and Armstrong, S.M. "Human Melatonin Response to Light at Different Times of the Night" **Psychoneuroendocrinology** <u>14</u> 187-193, 1989.

62.    McIntyre, I.M., Judd, F.K., Marriott, P.M., Burrows, G.D. and Norman, T.R. "Plasma Melatonin Levels in Affective States" **International Journal of Clinical Pharmacology Research** <u>9</u> 159-164, 1989.

63.    Norman, T.R., Burrows, G.D., Judd, F.K. and McIntyre, I.M. "Serotonin and Panic Disorders: A Review of Clinical Studies" **International Journal of Clinical Pharmacology Research** <u>9</u> 151-157, 1989.

64.    McIntyre, I.M. and Norman, T.R. "Lowered Platelet 3H-imipramine Binding in Panic Disorder: Reality or Statistical Artifact?" **Pharmacopsychiatry** <u>22</u> 87, 1989.

65.    Norman, T.R., Sartor, D.M., Judd, F.K., Burrows, G.D., Gregory, M.S. and McIntyre, I.M.  "Platelet Serotonin Uptake and 3H-Imipramine Binding in Panic Disorder"  **Journal of Affective Disorders**  17 77-82, 1989.

66.    McIntyre, I.M., Judd, F.K., Burrows, G.D. and Norman, T.R.  "Serotonin in Panic Disorders:  Platelet Uptake and Concentration"  **International Clinical Psychopharmacology**  4 1-6, 1989.

67.    McIntyre, I.M., Norman, T.R., Burrows, G.D. and Armstrong, S.M. "Quantal Melatonin Suppression by Exposure to Low Intensity Light in Man"  **Life Sciences**  45 327-332, 1989.

68.    McIntyre, I.M., Armstrong, S.M., Norman, T.R. and Burrows, G.D.  "Treatment of Seasonal Affective Disorder with Light:  Preliminary Australian Experience"  **Australian and New Zealand Journal of Psychiatry**  23 369-372, 1989.

69.    McIntyre, I.M. and Norman, T.R.  "Platelet Serotonin Response to Treatment in Geriatric Depression"  **Biological Psychiatry**  26 434-436, 1989.

70.    McIntyre, I.M.  "Seasonal Affective Disorder (SAD) and its Treatment with Artificial Light"  **Journal of the Melbourne Clinic**  No. 7 2-10, 1989.

71.    Armstrong, S.M. and McIntyre, I.M.  "The Winter of Our Discontent"  **Today's Life Science**  1 No. 5 10-17, 1989.

72.    Norman, T.R., Judd, F.K., Burrows, G.D. and McIntyre, I.M.  "Platelet Serotonin Uptake in Panic Disorder Patients:  A Replication Study"  **Psychiatry Research**  30 63-68, 1989.

73.    McIntyre, I.M. and Oxenkrug, G.F.  "Lack of Effect of the Antidepressant Compound Bupropion on Pineal Indoleamines"  **Pharmacopsychiatry**  22 263-265, 1989.

74.    McIntyre, I.M.  "Small Amounts of Light Shown Capable of Diminishing Body's Melatonin Levels"  **Brain Mind Bulletin**  15 (No. 4) 7, 1990.

75.    McIntyre, I.M. and Norman T.R.  "Effects of Isatin (The Endogenous Monoamine Oxidase Inhibitor: Tribulin) on the Serotonergic System"  **Journal of Neural Transmission**  79 35-40, 1990.

76.    McIntyre, I.M., Norman, T.R., Burrows, G.D. and Armstrong, S.M.  "Melatonin Sensitivity to Dim Light in Seasonal Affective Disorder "  **Lancet**  1 488, 1990.

77.    McIntyre, I.M., Judd, F.K., Burrows, G.D., Armstrong, S.M. and Norman, T.R.  "Melatonin Plasma Concentrations in Panic Disorder:  Increased Levels and Possible Delayed Rhythm"  **American Journal of Psychiatry**  147 462-464, 1990.

78.    Oxenkrug, G.F., Balon, R., McCauley, R.D. and McIntyre, I.M.  "Effects of Tranylcypromine on Serotonin Content and Monoamine Oxidase Activity of the Human Blood Platelet"  **Human Psychopharmacology**  5 155-157, 1990.

79.    Norman, T.R., Burrows, G.D., Judd, F.K. and McIntyre, I.M.  "Platelet MAO and 5-HT Uptake in Agoraphobic Patients" **British Journal of Psychiatry**  156 592-593, 1990.

80.    McIntyre, I.M., Johns, M., Norman, T.R. and Armstrong, S.M.  "A portable light source for bright light treatment" **Sleep**  13 272-275, 1990.

81.    Norman, T.R., Judd, F.K., Staikos, V., Burrows, G.D. and McIntyre, I.M.  "3H-LSD binding is decreased in panic disorder" **Journal of Affective Disorders**  19 119-123, 1990.

82.    McIntyre, I.M. and Morse, C. "Urinary 6-sulphatoxy Melatonin Levels in Premenstrual Syndrome" **Psychoneuroendocrinology**  15 233-236, 1990.

83.    Norman, T.R., Burrows, G.D. and McIntyre, I.M.  "Pharmacokinetic and Pharmacodynamic Effects of a Single Nocturnal Dose of Alprazolam" **International Clinical Psychopharmacology**  5 111-117, 1990.

84.    McIntyre, I.M. and Oxenkrug, G.F.  "Effect of Ageing on Melatonin Synthesis Induced by 5-Hydroxytryptophan and Constant Light in Rats" **Progress in Neuropsychopharmacology and Biological Psychiatry**  15 561-566, 1991.

85.    Oxenkrug, G.F., McIntyre, I.M., Requintina, P.J. and Duffy, J.D.  "The Response of the Pineal Melatonin Biosynthesis to the Selective MAO-A Inhibitor, Clorgyline, in Young and Middle-Aged Rats"    **Progress in Neuropsychopharmacology and Biological Psychiatry**  15 895-902, 1991.

86.    McIntyre, I.M. and Drummer, O.H.  "Case of Pseudoephedrine Toxicity" **Analog**  14 41-42,  June 1992.

87.    Norman, T.R., Burrows, G.D. and McInytre, I.M.  "Stress and Isatin: Effects on the Serotonergic System" **Stress Medicine**  8 141-145, 1992.

88.    McIntyre, I.M., Crump, K., Roberts, A.N. and Drummer, O.H.  "A Death Involving Probenecid"  **Journal of Forensic Sciences**  37 1190-1193, 1992.

89.    McIntyre, I.M., Norman, T.R., Burrows, G.D. and Armstrong, S.M.  "Melatonin, Cortisol and Prolactin Response to Acute Nocturnal Light Exposure in Healthy Volunteers" **Psychoneuroendocrinology**  17 243-248, 1992.

90.    Drummer, O.H., Kotsos, A. and McIntyre, I.M.  "A Class-Independent Drug Screen in Forensic Toxicology using a Photodiode Array Detector" **Journal of Analytical Toxicology**  17 225-229, 1993.

91.    McIntyre, I.M., Syrjanen, M.L., Crump, K., Horomidis, S., Peace, A.W. and Drummer, O.H.  "Simultaneous HPLC Gradient Analysis of 15 Benzodiazepines and Selected Metabolites in Post Mortem Blood" **Journal of Analytical Toxicology**  17 202-207, 1993.

92.    Gerostamoulos, J., Crump, K., McIntyre, I.M. and Drummer, O.H. "Simultaneous determination of 6-monoacetylmorphine, morphine and codeine in urine using high performance liquid chromatography with combined UV and electrochemical detection" **Journal of Chromatography** 617 152-156, 1993.

93.    McIntyre, I.M., Norman, T.R., Burrows, G.D. and Armstrong, S.M. "Alterations to Plasma Melatonin and Cortisol following Alprazolam in Humans" **Chronobiology International** 10 205-213, 1993.

94.    McIntyre, I.M., King, C.V. and Drummer, O.H. "A Dual Ultraviolet Wavelength HPLC Method for the Forensic and Clinical Analysis of 17 Antidepressants and some Selected Metabolites" **Journal of Chromatography** 621 215-223, 1993.

95.    McIntyre, I.M., Ruszkiewicz, A.R., Crump, K. and Drummer, O.H. "Death following Colchicine Poisoning" **Journal of Forensic Sciences** 39 280-286, 1994.

96.    Crump, K., McIntyre, I.M. and Drummer, O.H. "Simultaneous determination of morphine and codeine in blood and bile using dual ultraviolet and fluorescence HPLC" **Journal of Analytical Toxicology** 18 208-212, 1994.

97.    McIntyre, I.M., King, C.V., Cordner S.M. and Drummer, O.H. "Postmortem Clomipramine : Therapeutic or Toxic Concentrations?" **Journal of Forensic Sciences** 39 486-493, 1994.

98.    McIntyre, I.M., Syrjanen, M.L., Lawrence, K.L., Dow, C.A. and Drummer, O.H. "A Fatality due to Flurazepam" **Journal of Forensic Sciences** 39 1571-1574, 1994.

99.    Oxenkrug, G.F., Requintina, P.J., McIntyre, I.M. and White, K. "Chronic effect of the irreversible and reversible selective MAO-A inhibitors on the rat pineal melatonin biosynthesis" **Journal of Neural Transmission** 41 (5) 381-384, 1994.

100.   Couper, F.J., McIntyre, I.M. and Drummer, O.H. "Extraction of Psychotropic Drugs from Human Scalp Hair" **Journal of Forensic Sciences** 40 83-86, 1995.

101.   Couper, F.J., McIntyre, I.M. and Drummer, O.H. "Detection of Antidepressant and Antipsychotic Drugs in Postmortem Human Scalp Hair" **Journal of Forensic Sciences** 40 87-90, 1995.

102.   McIntyre, I.M. and Drummer, O.H. "The Detection of Valproate Metabolites by an HPLC-DAD Screen in Postmortem Blood" **Analog** 18 (No.2) 3-7, 1996.

103.   McIntyre, I.M., Staikos, V. and Drummer, O.H. "Fatality Involving Elevated Concentrations of Hydroxychloroquine and Codeine" **Proceedings of The 13th Australian and New Zealand Forensic Science Society**, 1996.

104.   McIntyre, I.M., King, C.V., Staikos, V., Gall, J. and Drummer, O.H. "A Fatality involving Moclobemide, Sertraline and Pimozide" **Journal of Forensic Sciences** 5 951-953, 1997.

105.  Jaffe, P.D., Batziris, H.P., Van der Hoeven, P., De Silva, D. and McIntyre, I.M, "A Study Involving Venlafaxine Overdoses: Comparison of Fatal and Therapeutic Concentrations in Post Mortem Specimens" **Journal of Forensic Sciences** <u>44</u> (1) 193-196, 1999.

106.  Batziris, H.P., McIntyre, I.M. and Drummer, O.H.  "The Effect of Sulfur-Metabolising Bacteria on Sulfur-Containing Psychotropic Drugs" **International Biodeterioration & Biodegradation** <u>44</u> 111-116, 1999.

107.  McIntyre, I.M., King, C.V., Boratto, M., and Drummer, O.H. "Post Mortem Drug Analyses in Bone and Bone Marrow" **Therapeutic Drug Monitoring** <u>22</u>(1) 79-83, 2000.

108.  Pricone, M.G., King, C.V., Drummer, O.H. Opeskin, K. and McIntyre, I.M. "Postmortem Investigation of Lamotrigine Concentrations" **Journal of Forensic Sciences** <u>45</u>(1) 11-15, 2000.

109.  Goeringer, K.E., McIntyre, I.M. and Drummer, O.H. "Postmortem Tissue Concentrations of Venlafaxine" **Forensic Science International** <u>121</u> (1-2) 70-75, 2001.

110.  Anastos, N., McIntyre, I.M., Lynch, M. and Drummer, O.H. "Postmortem Concentrations of Citalopram" **Journal of Forensic Sciences** <u>47</u> (4) 882-884, 2002.

111.  Goeringer, K.E., McIntyre, I.M. and Drummer, O.H. "LC-MS Analysis of Serotonergic Drugs" **Journal of Analytical Toxicology** <u>27</u> (1) 30-35, 2003.

112.  McIntyre, I.M., Hamm, C.E., Sherrard, J.L., Gary, R.D. Riley, A.C. and Lucas, J.R. "The Analysis of an Intracerebral Hematoma for Drugs of Abuse" **Journal of Forensic Sciences** <u>48</u> (3) 680-682, 2003.

113.  Parker, D., Martinez, C., Stanley, C. Simmons J. and McIntyre, I.M. "The Analysis of Methyl Salicylate and Salicylic Acid from Chinese Herbal Medicine Ingestion" **Journal of Analytical Toxicology** <u>28</u> (3) 214-216, 2004.

114.  Parker, D.R. and McIntyre, I.M.  "Case Studies of Postmortem Quetiapine: Therapeutic or Toxic Concentrations?" **Journal of Analytical Toxicology** <u>29</u> (5) 407-412, 2005.

115.  Miranda, E.J., McIntyre, I.M., Parker, D.R., Gary, R.D., Logan, B.K. "Case Report: Two Deaths Attributed to use of 2,4-Dinitrophenol" **Journal of Analytical Toxicology** <u>30</u> (3) 219-222, 2006.

116.  Rodda, K.E., Dean, B., McIntyre, I.M. and Drummer, O.H. "Brain Distribution of Selected Antipsychotics in Schizophrenia" **Forensic Science International** <u>157</u> (2-3) 121-130, 2006.

117.  Kirkton, C. and McIntyre, I.M. "Therapeutic and Toxic Concentrations of Mirtazapine" **Journal of Analytical Toxicology** <u>30</u> 687-691, 2006.

118.  Vance, C.S. and McIntyre, I.M. "Postmortem Tissue Concentrations of Olanzapine" **Journal of Analytical Toxicology** <u>33</u> 15-26, 2009.

119.  Cantrell, L., Schaber, B., Vance, C. and McIntyre, I.M. "Fatal Fluoxetine Intoxication with Markedly Elevated Central Blood, Vitreous and Liver Concentrations" **Journal of Analytical Toxicology**  33 62-64, 2009.

120.  McIntyre, I.M., Sherrard, J. and Nelson, C.L. "Oxymorphone Involved Fatalities: A Report of Two Cases" **Journal of Analytical Toxicology**  33 615-619, 2009.

121.  Cantrell, F.L., Nordt, S., McIntyre, I.M. and Schneir, A. "Death on the Doorstep of a Border Community- Intentional Self-Poisoning with Veterinary Pentobarbital" **Clinical Toxicology**  48 849-850, 2010. doi: 10.3109/15563650.2010.512562

122.  McIntyre, I.M., Hamm, C. and Bader, E. "Postmortem Methamphetamine Distribution" **Journal of Forensic Research**  2:122 doi: 10.4172/2157-7145.1000122 2011.

123.  McIntyre, I.M., Sherrard, J. and Lucas, J. "Postmortem Carisoprodol and Meprobamate Concentrations in Blood and Liver: Lack of Significant Redistribution" **Journal of Analytical Toxicology**  36 177-181, 2012. doi:10.1093/jat/bks011

124.  McIntyre, I.M. and Meyer Escott, C.  "Editorial:  Postmortem Drug Redistribution." **Journal of Forensic Research** 3:e108  doi: 10.4172/2157-7145.1000e108 2012.

125.  McIntyre, I.M. and Anderson, D.T. "Postmortem Fentanyl Concentrations: A Review." **Journal of Forensic Research** 3:157 doi: 10.4172/2157-7145.1000157 2012.

126.  Vance, C., Swalwell, C. and McIntyre, I.M. "Deaths Involving 1,1-Difluoroethane at the San Diego County Medical Examiner's Office." **Journal of Analytical Toxicology** 36 626-633, 2012. doi:10.1093/jat/bks074

127.  Cantrell, F.L., Nelson, C.L., Gary, R. and McIntyre, I.M. "Fatal Metformin Intoxication with Markedly Elevated Blood and Liver Concentrations." **Journal of Analytical Toxicology** 36 657-659, 2012.  http://www.doi:10.1093/jat/bks076

128.  McIntyre, I.M. and Mallet, P. "Sertraline Concentrations and Postmortem Redistribution." **Forensic Science International** 223 349–352, 2012. http://dx.doi.org/10.1016/j.forsciint.2012.10.020

129.  McIntyre, I.M.  "Evaluation of a New Model to Assess Drug Propensity for Postmortem Redistribution." **TOXTALK** 36/4 8-9, 2012.

130.  McIntyre, I.M., Mallett, P., Trochta, A. and Morhaime, J. "Hydroxyzine Distribution in Postmortem Cases and Potential for Redistribution." **Forensic Science International** 231 28-33, 2013.  http://dx.doi.org/10.1016/j.forsciint.2013.04.013

131.  McIntyre, I.M., Nelson, C.L., Schaber, B. and Hamm, C.E. "Antemortem and Postmortem Methamphetamine Blood Concentrations: Three Case Reports." **Journal of Analytical Toxicology** 37 (6) 386-389, 2013.  doi:10.1093/jat/bkt040

132.  McIntyre, I.M., Hamm, C.E., Aldridge, L. and Nelson, C.L. "Acute Methylone Intoxication in an Accidental Drowning – A Case Report." **Forensic Science International** 231 1-3, 2013.  http://dx.doi.org/10.1016/j.forsciint.2013.06.005

133.  McIntyre, I.M., Gary, R.D., Estrada, J. and Nelson, C.L. "Antemortem and Postmortem Fentanyl Concentrations: A Case Report" **International Journal of Legal Medicine** 128 65-67, 2014.  http://dx.doi.org/10.1007/s00414-013-0897-5

134.  McIntyre, I.M. "Liver and Peripheral Blood Concentration Ratio (L/P) as a Marker of Postmortem Drug Redistribution: A Literature Review" **Forensic Science, Medicine and Pathology** 10 91-96, 2014. http://www.springerlink.com/openurl.asp?genre=article&id=doi:10.1007/s12024-013-9503-x

135.  Cantrell, F.L., Ogera, P., Mallett, P. and McIntyre, I.M. "Fatal Oral Methylphenidate Intoxication with Postmortem Concentrations." **Journal of Forensic Sciences** 59 (3) 847-849, 2014.  http://onlinelibrary.wiley.com/doi/10.1111/1556-4029.12389/abstract

136.  McIntyre, I.M. "Identification of a Postmortem Redistribution Factor ($F$) for Forensic Toxicology." **Journal of Analytical Science and Technology** 5 24, 2014. http://www.jast-journal.com/content/5/1/24

137.  McIntyre, I.M., Mallett, P., Burton, C.G. and Morhaime, J. "Acute Benztropine Intoxication and Fatality" **Journal of Forensic Sciences** 59 (6) 1675-1678, 2014. doi:10.1111/1556-4029.12489

138.  McIntyre, I.M. "Identification of a Postmortem Redistribution Factor ($F$) for Forensic Toxicology." **TOXTALK** 38/1 15-17, 2014.

139.  Lucas, J.R and McIntyre, I.M. "Unintentional Deaths due to Medications, Alcohol, and Illicit Drugs in San Diego County, California." **TOXTALK** 38/3 16-21, 2014.

140.  McIntyre, I.M., Navarrete, A. and Mena, O. "Postmortem Distribution of Guaifenesin Concentrations Reveals a Lack of Potential for Redistribution" **Forensic Science International**  245 87-91, 2014.  http://dx.doi.org/10.1016/j.forsciint.2014.10.029

141.  McIntyre, I.M. "A *Theoretical* Postmortem Redistribution Factor ($F_t$) as a Marker of Postmortem Redistribution." **Journal of Forensic Toxicology and Pharmacology** 3:4, 2014.  doi: 10.4172/2325-9841.1000131

142.  Saitman, A., Fitzgerald, R.L. and McIntyre, I.M. "Evaluation and Comparison of Postmortem Hydrocodone Concentrations in Peripheral Blood, Central Blood and Liver Specimens: A Minimal Potential for Redistribution" **Forensic Science International** 247 36-40, 2015.  doi:10.1016/j.forsciint.2014.11.031

143.  McIntyre, I.M., Trochta, A., Stolberg, S. and Campman, S.C. "Mitragynine "Kratom" Related Fatality: A Case Report with Postmortem Concentrations" **Journal of Analytical Toxicology** 39 (2) 152-155, 2015.  doi:10.1093/jat/bku137

144.  McIntyre, I.M., Gary, R.G., Trochta, A., Stolberg, S. and Stabley, R. "Acute 5-(2-aminopropyl)Benzofuran (5-APB) Intoxication and Fatality: A Case Report with Postmortem Concentrations" **Journal of Analytical Toxicology** 39 (2) 156-159, 2015. doi: 10.1093/jat/bku131

145. McIntyre, I.M., Hamm, C.E., Sherrard, J.L, Gary, R.D., Burton, C.G., and Mena, O. "Acute 3,4-Methylenedioxy-*N*-Ethylcathinone (Ethylone) Intoxication and Related Fatality: A Case Report with Postmortem Concentrations." **Journal of Analytical Toxicology** 39 (3) 225-228, 2015.  doi: 10.1093/jat/bku146

146. McIntyre, I.M., Trochta, A., Gary, R.G., Malamatos, M. and Lucas, J.R. "An Acute Acetyl Fentanyl Fatality: A Case Report with Postmortem Concentrations" **Journal of Analytical Toxicology** 39 (6) 490-494, 2015. doi:10.1093/jat/bkv043

147. Saitman, A., Estrada, J., Fitzgerald, R.L. and McIntyre, I.M. "Comparative Analysis of Hospital and Forensic Laboratory Ethanol Concentrations: A 15 Month Investigation of Antemortem Specimens" **Journal of Forensic and Legal Medicine** 33 23-27, 2015. http://dx.doi.org/10.1016/j.jflm.2015.03.012

148. McIntyre, I. M., Mallett, P. and Stabley, R. "Postmortem Distribution of Trazodone Concentrations" **Forensic Science International** 251 195-201, 2015. http://dx.doi.org/10.1016/j.forsciint.2015.04.009

149. Cantrell, F.L., Mena, O., Gary, R.D. and McIntyre, I.M. "An Acute Gabapentin Fatality: A Case Report with Postmortem Concentrations" **International Journal of Legal Medicine** 129 (4) 771-775, 2015. DOI: 10.1007/s00414-015-1193-3

150. McIntyre, I.M. "A *Theoretical* Postmortem Redistribution Factor ($F_t$) as a Marker of Postmortem Redistribution." **European Journal of Forensic Sciences** 2 (4) 24-26, 2015. doi:10.5455/ejfs.181615

151. McIntyre, I.M., Trochta, A., Gary, R.D., Storey, A., Corneal, J. and Schaber, B. "A Fatality Related to Two Novel Hallucinogenic Compounds: 4-Methoxyphencyclidine and 4-Hydroxy-*N*-methyl-*N*-ethyltryptamine" **Journal of Analytical Toxicology** 39 (9) 751-755, 2015. doi:10.1093/jat/bkv089.

152. McIntyre, I.M., Mallett, P., Stolberg, S., Hass, E.A. and Mena, O. "Striking Increases in Postmortem Compared to Antemortem Drug Concentrations in a Suicidal Overdose: A Case Report" **Australian Journal of Forensic Sciences** 48 (1) 37-41, 2016. http://dx.doi.org/10.1080/00450618.2015.1025839

153. McIntyre, I.M., Trochta, A., Gary, R.D., Wright, J. and Mena, O. "An Acute Butyr-Fentanyl Fatality: A Case Report with Postmortem Concentrations" **Journal of Analytical Toxicology** 40 (2) 162-166, 2016. doi: 10.1093/jat/bkv138.

154. Labay, L.M., Caruso, J.L., Gilson, T.B., Jufer-Phipps, R., Knight, L.D., Lemos, N., McIntyre, I.M., Stoppacher, R., Weins, A., Williams, E., Zumwalt, R. and Logan, B.K. "Synthetic Cannabinoid Drug Use as a Cause or Contributory Cause of Death" **Forensic Science International** 260 31-39, 2016. DOI: http://dx.doi.org/10.1016/j.forsciint.2015.12.046

155. Metushi, I.G., Fitzgerald, R.L. and McIntyre, I.M. "Assessment and Comparison of Vitreous Humor as an Alternative Matrix for Forensic Toxicology Screening by GC-MS" **Journal of Analytical Toxicology** 40 (4) 243-247, 2016.  doi: 10.1093/jat/bkw009

156. Hamm, C.E., Gary, R.D. and McIntyre, I.M. "Gabapentin Concentrations and Postmortem Distribution" **Forensic Science International** 262 201-203, 2016. http://dx.doi.org/10.1016/j.forsciint.2016.03.028

157. McIntyre, I.M. "Analytical Data in Support of the Liver and Peripheral Blood Concentration (L/P) Ratio as a Marker of Postmortem Redistribution." **European Journal of Forensic Sciences** 3 (4) 2016. Online First: 22 Jun, 2016. Web. 16 Nov 2016 doi: 10.5455/ejfs.224357

158. McIntyre, I.M., Valdez, J.E. and Lucas, J.R. "An Acute Fatality and Postmortem Concentration Distribution Reveals a Low Potential for Naproxen Redistribution" **Canadian Society of Forensic Science Journal** 49 (4) 203-210, 2016. http://dx.doi.org/10.1080/00085030.2016.1215040

159. Cantrell, F.L., Mallett, P., Aldridge, L., Verilhac, K. and McIntyre, I.M. "A Tapentadol Related Fatality: Case Report with Postmortem Concentrations" **Forensic Science International** 266 e1-e3, 2016. http://dx.doi.org/10.1016/j.forsciint.2016.08.020

160. McIntyre, I. M. "Analytical Data Supporting the "Theoretical" Postmortem Redistribution Factor ($F_t$): A New Model to Evaluate Postmortem Redistribution" **Forensic Sciences Research**, 1 (1) 33-37, 2016. http://dx.doi.org/10.1080/20961790.2016.1253255

161. McIntyre, I. M., Gary, R., Joseph, S. and Stabley, R. "A Fatality Related to the Synthetic Opioid U-47700: Postmortem Concentration Distribution" **Journal of Analytical Toxicology**, 41 (2) 158-160, 2017. https://doi.org/10.1093/jat/bkw124

162. Cantrell, F.L., Sherrard, J., Andrade, M., Schaber, B. and McIntyre, I.M. "A Pediatric Fatality due to Accidental Hydromorphone Ingestion" **Clinical Toxicology**, 55 (1) 60-62, 2017. http://dx.doi.org/10.1080/15563650.2016.1247958

163. Cantrell, F.L. and McIntyre, I.M. "An Alarming Increase in Local Pentobarbital-Related Suicides" **Clinical Toxicology**, 55 (5) 370, 2017. http://dx.doi.org/10.1080/15563650.2017.1290256

164. Otter, J., McIntyre, I.M., Morhaime, J. Cantrell. L. "A Fluvoxamine-related Fatality: Case Report with Postmortem Concentrations" **Forensic Science International**, 300 e31-e33, 2019. https://doi.org/10.1016/j.forsciint.2019.02.047

165. Hoffman, M.A., Trochta, A., Gary, R.D., Fitzgerald, R.F., McIntyre, I.M. "An Evaluation of Postmortem Concentrations of $\Delta^9$-tetrahydrocannabinol (THC) and 11-nor-9-carboxy-$\Delta^9$-tetrahydrocannabinol (THCCOOH)" **Forensic Science International**, 315 110414, October 2020. https://doi.org/10.1016/j.forsciint.2020.110414

166. Hubbard, J.A., Navarrete, A.L., Fitzgerald, R.F., McIntyre, I.M. "Acidic Drug Concentrations in Postmortem Vitreous Humor and Peripheral Blood" **Journal of Analytical Toxicology**, 45 (1) 69-75, 2021 https://doi.org/10.1093/jat/bkz076

**CHAPTERS IN BOOKS**

1.   Burrows, G.D., Norman, T.R., McIntyre, I.M. and Wurm, J.M.E. "The Role of Neurotransmitters in Psychiatric Illness" In: Geigy Psychiatric Symposium, 8. Kiloh (ed.) Bloxham and Chambers Pty. Ltd., Sydney, Australia, 1979.

2.   McIntyre, I.M. "Plasma Level Monitoring of Nomifensine" In: Biology of Manic-Melancholic Disorders. Burrows, G.D. (ed.) York Press, Melbourne, Australia, 1979.

3.   McIntyre, I.M., Norman, T.R., Maguire, K.P., Burrows, G.D., Davies, B.M. and Scoggins, B.A. "Dexamethasone Suppression test and Results" In: Studies in Affective Disorders. Burrows, G.D. (ed.) York Press, Melbourne, Australia, pp. 12-15, 1981.

4.   Norman, T.R., McIntyre, I.M., Maguire, K.P. and Burrows, G.D. "TRH Infusion Test and Results". In: Studies in Affective Disorders. Burrows, G.D. (ed.) York Press, Melbourne, Australia,  pp. 8-11, 1981.

5.   Rubinstein, G., McIntyre, I.M., Burrows, G.D., Norman, T.R. and Maguire, K.P. "Metabolism of Tricyclic Antidepressant Drugs" In: Antidepressants. Burrows, G.D., Norman, T.R. and Davies, B.M. (eds.) Elsevier Biomedical Press, Amsterdam, pp. 57-74, 1983.

6.   Norman, T.R., McIntyre, I.M., Burrows, G.D. and Maguire, K.P. "Relationship between the DST and TRH infusion tests in depressive illness". In: Biological Psychiatry: Recent Studies. Burrows, G.D., Norman, T.R., and Maguire, K.P. (eds.) John Libbey & Co. Ltd., London, pp. 49-52, 1983.

7.   Davies, B.M., McIntyre, I.M., Maguire, K.P., Norman, T.R. and Burrows, G.D. "Poor Response to Antidepressants and the Dexamethasone Suppression Test". In: Biological Psychiatry: Recent Studies. Burrows, G.D., Norman, T.R., and Maguire, K.P. (eds.) John Libbey & Co., Ltd., London, pp. 72-75, 1983.

8.   Oxenkrug, G.F., Pomara, N., McIntyre, I.M., Branconnier, R.J., Stanley, M. and Gershon, S. "Aging and Cortisol Resistance to Suppression by Dexamethasone: A Positive Correlation". In: Year Book of Psychiatry and Applied Mental Health. Freedman, Lourie, Meltzer, Talbott, Weiner (eds.) Year Book Medical Publishers, Times Mirror, Chicago, pp. 157-158, 1985.

9.   Oxenkrug, G.F., Pomara, N., McIntyre, I.M., Branconnier, R.J., Stanley, M. and Gershon, S. "Aging and Cortisol Resistance to Suppression by Dexamethasone: A Positive Correlation". In: Year Book of Endocrinology. Year Book Medical Publishers, Times Mirror, Chicago, 1985.

10.  Norman, T.R., McIntyre, I.M. and Burrows, G.D. "Propranolol in Schizophrenia". In: Drugs in Psychiatry, Vol. 4 Anticonvulsants and other Drugs. Burrows, Norman, Davies (eds.) Elsevier Amsterdam, pp. 207-215, 1986.

11.  Burrows, G.D., Norman, T.R., McIntyre, I.M. and Judd, F.K. "Comparative Treatment Approaches to Depression". In: Recent Trends in the Treatment of Depression. G. Johnson (ed.) Duncan Printing (The Boots Co.), pp. 41-44, 1986.

12.   Burrows, G.D., Norman, T.R., Judd, F.K. and McIntyre, I.M.  "Brain, Behaviour and Psychotropic Drugs".  In: Hormones and Behaviour.  L. Dennerstein, I. Fraser (eds.) Elsevier (Biomedical Division), pp. 485-490, 1986.

13.   McIntyre, I.M.  "Melatonin in Depression".  In: Affective Disorders - Current Research Aspects, and Psychiatry and Old Age.  G.D.  Burrows (ed.) University of Melbourne, pp. 14-20, 1988.

14.   Burrows, G.D., Judd, F.K., Cornwell, J., Norman, T.R. and McIntyre, I.M.  "The Treatment of Obsessional Disorders".  In:  The Major Psychoses and The Diversity of Psychiatry.  G.D. Burrows, D. Copolov, B.S. Singh, and P.J.V. Beaumont (eds.) Geigy Psychiatric Symposia.  Neil Duncan Printing, North Rocks, N.S.W., Australia, pp. 86-91, 1988.

15.   Burrows, G.D., McIntyre, I.M., Maguire, K.P., Scoggins, B.A. and Norman, T.R. "Relationship between Plasma Antidepressant Concentrations and Clinical Effects".  In: New Directions in Affective Disorders.  B. Lerer, S. Gershon, (eds.) Springer-Verlag New York, pp. 611-615, 1989.

16.   McIntyre, I.M.  "Seasonal Affective Disorder (SAD)".  In:  55th Beattie Smith Lecture: 25th Anniversary of the Department of Psychiatry.  G.D. Burrows (ed.) University of Melbourne, pp. 28-30, 1989.

17.   Oxenkrug, G.F., Requintina, P. and McIntyre, I.M.  "Stimulation of Rat Pineal Melatonin Synthesis by a Single Electroconvulsive Shock: Chronobiological Effect of Antidepressant Therapy?"  In. 5-Hydroxytryptamine in Psychiatry:  A Spectrum of Ideas. M. Sandler, A. Coppen, S. Harnett (eds.) Oxford University Press:  pp 110-115, 1991.


## PRESENTATIONS

1.    Burrows, G.D., Norman, T.R., Maguire, K.P., Fulton, A., McIntyre, I.M., Wurm, J.M.E. and Cheng, H.  "Psychiatric Implications of New Work on Central Receptors".  Presented at Committee in Postgraduate Medical Education Symposium, Sydney, August, 1979.

2.    McIntyre, I.M., Burrows, G.D., Dumovic, P. and Norman, T.R.  "Nomifensine Plasma Levels and Cardiological Effects".  Presented at the 12th CINP Congress, Goteberg, Sweden, June, 1980.

3.    McIntyre, I.M., Norman, T.R., Burrows, G.D. and Maguire, K.P.  "Basic Pharmacokinetics of Nomifensine".  Presented at the World Conference of Clinical Pharmacology and Therapeutics, London, England, August, 1980.

4.    McIntyre, I.M., Norman, T.R. and Burrows, G.D.  "Nomifensine Pharmacokinetics, Cardiovascular Effects and Clinical Response".  Presented at the 14th Annual Meeting of the Australian Society of Clinical and Experimental Pharmacologists, Australian National University, December, 1980.

5.   McIntyre, I.M., Norman, T.R., Burrows, G.D., Maguire, K.P. and Davies, B.M. "Relevance of Neuroendocrine Tests in Depression". Presented at the CINP Congress, Hong Kong, October, 1981.

6.   McIntyre, I.M., Norman, T.R., Burrows, G.D., Davies, B.M. and Maguire, K.P. "Dexamethasone Suppression and TRH Stimulation Tests in Depression". Presented at the 13th CINP Congress, Jerusalem, June, 1982.

7.   Norman, T.R., McIntyre, I.M., Maguire, K.P. and Burrows, G.D. "The Pharmacokinetics of Mianserin in Depressed Elderly Inpatients". Presented at the 13th CINP Congress, Jerusalem, June, 1982.

8.   Davies, B.M. McIntyre, I.M., Norman, T.R. and Burrows, G.D. "Dexamethasone Non-Suppression and Poor Response to Antidepressants". Presented at the 13th CINP Congress, Jerusalem, June, 1982.

9.   Norman, T.R., McIntyre, I.M. and Burrows, G.D. "Pharmacokinetics of Haloperidol in Psychiatric Inpatients". Presented at the 3rd Southeast Asia and Western Pacific Regional Meeting of Pharmacologists, Bangkok, May, 1982.

10.  McIntyre, I.M. and Stanley, M. "Postmortem Changes in Serotonin, 5-hydroxyindoleacetic Acid and Tryptohan in Rat Brain". Presented at the 38th Society of Biological Psychiatry, New York, NY, May, 1983.

11.  Oxenkrug, G.F., McIntyre, I.M., Pomara, N., Stanley, M. and Gershon, S. "Aging and Hypothalamic-Pituitary-Adrenal Axis". Presented at the 38th Society of Biological Psychiatry, New York, NY, May, 1983.

12.  Lerer, B., Stanley, M., Altman, H. and McIntyre, I.M. "ECT-Induced Anterograde Amnesia: A Possible Cholinergic Mechanism" Presented at the Society for Neuroscience, Boston, MA, 1983.

13.  Oxenkrug, G.F., McIntyre, I.M., Stanley, M. and Gershon, S. "Plasma Corticosterone Circadian Rhythm in the Old and Pinealectomized Rats". Presented at the XIV Acta Endocrinologica Congress (Melatonin Symposium), Malno, Sweden, July, 1983.

14.  Oxenkrug, G.F., McIntyre, I.M., Pomara, N., Stanley, M. and Gershon, S. "Postdexamethasone cortisol increases with aging". Presented VII World Congress of Psychiatry, Vienna, July, 1983.

15.  Stanley, M., McIntyre, I.M. and Gershon, S. "Postmortem Serotonin Metabolism in Suicide Victims". Presented at the ACNP Congress, Puerto Rico, December, 1983.

16.  Oxenkrug, G.F., Branconnier, R., McIntyre, I.M., Pomara, N., Stanley, M., Harto-Truax, N. and Gershon, S. "Factors Influencing Serum Cortisol Response to Dexamethasone in Normal Volunteers". Presented at the ACNP Congress, Puerto Rico, December, 1983.

17.  Gateless, D., Stanley, M., Traskman-Bendz, L., McIntyre, I.M. and Gilroy, J. "Gradients of 5-HIAA and HVA in Lumbar CSF in the Lying and Sitting Positions". Presented at AAN, 1983.

18. Peslow, E., Stanley, M., McIntyre, I.M., Deutsch, S., Goldring, N. and Fieve, R. "The Dexamethasone Suppression Test - Relationship of Dosage to Clinical Symptoms and Therapeutic Response". Presented at the ACNP Congress, Puerto Rico, December, 1983.

19. Oxenkrug, G.F., McIntyre, I.M., Jones, D., Jackson, E. and Sitaram, N. "The Comparison of 0.5 and 1 mg of Dexamethasone in Depressed, Schizoaffective and Schizophrenic Patients". Presented at Biological Psychiatry, L.A., May, 1984.

20. McIntyre, I.M. and Oxenkrug, G.F. "Chronic Alcohol Increases Corticosterone Resistance to Dexamethasone Suppression". Presented at Biological Psychiatry, L.A., May, 1984.

21. Moore, N., Lerer, B., McIntyre, I.M. and Oxenkrug, G.F. "Cortisol Resistance to suppression by Dexamethasone in Manic Patients". Presented at Biological Psychiatry, L.A., May, 1984.

22. McIntyre, I.M., Frohman, C.E., Novak, E., Gershon, S. and Oxenkrug, G.F. "Garbidopa, Dexamethasone Effect and Pineal Indoles". Presented at APA, Los Angeles, May, 1984.

23. Oxenkrug, G.F., McIntyre, I.M. and Gershon, S. "Serotoninergic and Cholinergic Supresensitivity and Increased Hypothalamic-Pituitary-Adrenal Response to Dexamethasone and Upregulation of Serotonin Receptors". Presented at 9th IUPHAR Congress of Pharmacology, London, July, 1984.

24. Oxenkrug, G.F., McCauley, R.B., McIntyre, I.M. and Filipowicz, C. "Effect of Clorgyline and Deprenyl on Rat Pineal Melatonin". Presented at: Amine Oxidases: A Cambridge Workshop, Cambridge, August, 1984 (J. Pharmacy and Pharmacology (Suppl.) November, 1984).

25. McIntyre, I.M., Jain, A.K., Balon, R., McCauley, R.B. and Oxenkrug, G.F. "Selective Monoamine Oxidase Inhibitors and Melatonin". Presented at Biological Psychiatry, Dallas, May, 1985.

26. Jain, A.K., McIntyre, I.M., Taylor, L., Sandor, G. and Oxenkrug, G.F. "Stress, Melatonin and Aging". Presented at Biological Psychiatry, Dallas, May, 1985.

27. Oxenkrug, G.F., McIntyre, I.M., Jain, A.K., Balon, R., Taylor, L.P. and Gershon, S. "Melatonin and Aging". Presented at APA, Dallas, May, 1985.

28. Oxenkrug, G.F., McCauley, R.B., McIntyre, I.M., Jain, A.K., Balon, R. and Yuwiler, A. "Melatonin and Antidepressant Effect of Monoamine Oxidase Inhibitors". Presented at A.C.N.P., Maui, Dec. 1985.

29. McIntyre, I.M., Morse, C., Dennerstein, L. and Kennaway, D. "Urinary 6-Sulphatoxy-Melatonin Levels in Pre-Menstrual Syndrome". Presented at 8th International Congress of Psychosomatic Obstetrics and Gynaecology, Melbourne, March, 1986.

30. Burrows, G.D., Norman, T.R. and McIntyre, I.M. "Brain, Behaviour and Psychotropic Drugs". Presented at 8th International Congress of Psychosomatic Obstetric and Gynaecology, Melbourne, March, 1986.

31.   McIntyre, I.M.  "Suppression of Melatonin by Light:  A Dose Response Effect". Presented at Pineal Research Workshop, Monash University, November, 1986.

32.   McIntyre, I.M., Norman, T.R., Marriott, P.F., Judd, F.K. and Burrows, G.D.  "The Pineal Hormone Melatonin in Psychiatric Illness".  Presented at ASCEP, Melbourne, December, 1986.

33.   McIntyre, I.M., Norman T.R., Marriott, P.F., Judd, F.K. and Burrows, G.D.  "The Pineal Hormone Melatonin in Psychiatric Disorders".  Presented at ASPR, Melbourne, December, 1986.

34.   Norman, T.R., Burrows, G.D., Judd, F.K. and McIntyre, I.M.  "Serotoniergic Involvement in the Aetiology of Panic Attacks:  Studies using the Blood Platelet".  Presented at 15th C.I.N.P.  Puerto Rico, December, 1986.

35.   Norman, T.R., Judd, F.K., Gregory, M.S., James, R.H., Kimber, N.M., McIntyre, I.M. and Burrows, G.D.  "Platelet Serotonin Uptake in Panic Disorder".  Presented at A.S.C.E.P, Melbourne, December, 1986.

36.   Burrows, G.D., Norman, T.R., McIntyre, I.M., Scoggins, B.A. and Maguire, K.P. "Relationships Between Plasma Levels and Clinical Response".  Presented at the International Conference on New Directions in Affective Disorders, Jerusalem, April, 1987.

37.   McIntyre, I.M., Judd, F.K., Marriott, P.M., Burrows, G.D. and Norman, T.R.  "Plasma Melatonin Levels in Affective States".  Presented IUPHAR, Sydney, August, 1987.

38.   Norman, T.R. and McIntyre, I.M.  "Characterisation of a High Affinity Binding Site for Pentagastrin in Rat Brain".  Presented IUPHAR, Sydney, August, 1987.

39.   Burrows, G.D., Judd, F.K., Cornwell, J., Norman, T.R. and McIntyre, I.M.  "The Treatment of Obsessional Disorders".  Presented at XIIIth Ciba-Geigy Psychiatric Symposium, Sydney, December, 1987.

40.   McIntyre, I.M. and Burrows, G.D.  "Seasonality, Biochemistry and Mood".  Presented at Annual Winter Conference on Psychological Medicine, Thredbo, July, 1988.

41.   McIntyre, I.M., Marriott, P.M., Judd, F.K., Burrows, G.D. and Norman, T.R.  "Plasma Melatonin Levels in Affective States".  Presented at 16th CINP Congress, Munich, August, 1988.

42.   Burrows, G.D., Norman, T.R., McIntyre, I.M. and Judd, F.K.  "An Overview of Monoamine Oxidase Inhibitors".  Presented at 16th CINP Congress, Munich, August, 1988.

43.   Norman, T.R., Burrows, G.D., Judd, F.K. and McIntyre, I.M.  "Monoamine Oxidase, Monoamine Oxidase Inhibitors and Panic Disorder".  Presented at 16th CINP Congress, Munich, August, 1988.

44.    McIntyre, I.M.  "Seasonal Affective Disorder".  Presented at The University of Melbourne 25th Anniversary of the Department of Psychiatry, Melbourne, April, 1989.

45.    McIntyre, I.M.  "Light Treatment for Seasonal Affective Disorder".  Presented at The Melbourne Clinic, Postgraduate Education Programme, Melbourne April, 1989.

46.    Armstrong, S.M., McIntyre, I.M., Norman, T.R. and Burrows, G.D.  "Human Melatonin Suppression by Light at Night".  Presented at the Annual Meeting of the Society for Light Treatment and Biological Rhythms, NIH, June, 1989.

47.    McIntyre, I.M.  "Plasma Melatonin Concentrations in Panic Disorder".  Presented at the Society of Biological Psychiatry, New York, May, 1990.

48.    McIntyre, I.M., Norman, T.R., Burrows, G.D. and Armstrong, S.M.  "Melatonin Supersensitivity to a Dim Light Challenge in SAD".  Presented at the SLTBR meeting, New York, May, 1990.

49.    Norman, T.R., Burrows, G.D. and McIntyre, I.M.  "Tribulin, Isatin and Stress: Common Effects on the Serotonergic System."  Presented at ASPR, Melbourne, December, 1990.

50.    McIntyre, I.M. and Drummer, O.H.  "HPLC Method for the Determination of Benzodiazepines in Post Mortem Tissue:  Importance of Measuring Nitro-Reduction Metabolites".  Presented at the 11th Australasian and New Zealand International Symposium on the Forensic Sciences.  Hobart, August, 1992.

51.    Drummer, O.H., Kotsos, A. and McIntyre, I.M.  "A Class-Independent Drug Screen in Forensic Toxicology using a Photodiode Array Detector".  Presented at the International Symposium on Forensic Toxicology.  F.B.I. Academy, Virginia, U.S.A., June 1992.

52.    Couper, F.J., McIntyre, I.M. and Drummer, O.H.  "Detection of Psychotropic Drugs in Human Scalp Hair" Clinical and Experimental Pharmacology and Physiology (Suppl. 21).  Eds.  J.J. Reid, M.S. Ching, Blackwell Scientific Publ.  (Melb).  p 15, 1992.

53.    Cerasuolo, D., McIntyre, I.M. and Drummer O.H.  "Postmortem Changes in Drug Concentration."  Presented at the TIAFT meeting, Leipsig, Germany, Sept. 1993.

54.    McIntyre, I.M., King, C.V. and Drummer, O.H.  "Postmortem Clomipramine Concentrations : Therapeutic or Toxic Levels?" Presented at the S.O.F.T./C.A.T. Joint Meeting, Phoenix, U.S.A. October 1993.

55.    Gerostamoulos, J., Crump, K.,  McIntyre, I.M. and Drummer, O.H.  "Simultaneous Determination of 6-Monoacetylmorphine, Morphine and Codeine in Biological Fluids using High Pressure Liquid Chromatography with combined UV and Electrochemical Detection."  Presented at the International Association of Forensic Toxicologists, 31st. Triennial International Meeting.  Leipzig, August  1993.

56.    Couper, F.J., McIntyre, I. M. and Drummer, O.H.  "Method for Quantifying Antidepressant and Antipsychotic Drug Levels in Post-mortem Human Scalp Hair." Presented at the International Association of Forensic Toxicologists 31st. Triennial International Meeting, Leipzig, August, 1993.

57.    Couper, F.J., McIntyre, I.M. and Drummer, O.H.  "Detection of Antidepressant and Antipsychotic Drugs in Human Scalp Hair."  Presented at the International Association of Forensic Sciences 13th. Meeting, Dusseldorf, August, 1993.

58.    King, C.V., McIntyre, I.M., Ranson, D.L. and Drummer, O.H.  "The Detection and Quantitation of Moclobemide in Postmortem Specimens."  Presented at the 12th. Australian and New Zealand International Symposium on the Forensic Sciences. Auckland, New Zealand, November, 1994.

59.    McIntyre, I.M., Peace, A., King, C.V., Lynch, M.S. and Drummer, O.H.  "The Detection and Quantitation of Fluoxetine and Norfluoxetine in Postmortem Specimens."  Presented at the Silver Anniversary Meeting of S.O.F.T., Baltimore, U.S.A., October, 1995.

60.    McIntyre, I.M., Fayle, P.A.H., Olumbe, A.K. and Drummer, O.H.  "Postmortem Concentrations of Clozapine and Desmethylclozapine in two Coronial Cases."  Presented at the XXth C.I.N.P. Congress, Melbourne, Australia, June, 1996.

61.    McIntyre, I.M., Staikos, V. and Drummer, O.H.  "Fatality Involving Elevated Concentrations of Hydroxychloroquine and Codeine."  Presented at The 13th Australian and New Zealand Forensic Science Society Meeting, Sydney, Australia, September 1996.

62.    Crump, K.L., McIntyre, I.M. and Drummer, O.H.  "Analysis of Nitrates by Ion-pairing HPLC Dual UV/IC Detection."  Presented at The 13th Australian and New Zealand Forensic Science Society Meeting, Sydney, Australia, September 1996.

63.    Kotsos, A.K., McIntyre, I.M. and Drummer, O.H.  "Drug Concentrations in Postmortem Muscle and Fat."  Presented at The 13th Australian and New Zealand Forensic Science Society Meeting, Sydney, Australia, September 1996.

64.    Peace, A.P., McIntyre, I.M. and Drummer, O.H. "Analysis of Drugs in Skin."  Presented at The 13th Australian and New Zealand Forensic Science Society Meeting, Sydney, Australia, September 1996.

65.    Drummer, O.H., King, C.V., Kotsos, A., Peace, A., Crockart, H. and McIntyre, I.M. "Body Burden of Benzodiazepines in Humans."  Presented at the 34th TIAFT Meeting, Interlaken, Switzerland.  August 1996.

66.    King, C.V., McIntyre, I.M. and Drummer, O.H.  "Detection of Selected Drugs in Cadaveric Femoral Bones."  Presented at the 35th TIAFT Meeting, Padova, Italy, August 1997.

67.    McIntyre, I.M.  "Forensic Toxicology:  Evidence of Significant Drug/Chemical Alterations Due to Post-Mortem Processes."  Presented at SIM Annual Meeting, Reno, Nevada, U.S.A. August 1997.

68.    Pricone, M.G., King, C.V., Drummer, O.H., Opeskin, K. and McIntyre, I.M. "Post-Mortem Investigation of Lamotrigine Concentrations."  Presented at the 14th Australian and New Zealand Forensic Science Society Meeting, Adelaide, September, 1998.

69.    Phelan, M.H., Crump, K., Kotsos, A., McIntyre, I.M. and Drummer, O.H. " A dual Detection System for the Screening of Toxicology Specimens using Capillary Gas Chromatography with Combined Nitrogen Phosphorous and Mass Spectrometric Detection."  Presented at the 16th. ANZSMS Conference 1997.

70.    McIntyre, I.M., King, C.V., Baratto, M., Drummer, O.H. "Post-Mortem Drug Analyses in Bone and Bone Marrow."  Presented  at the 6th International Congress of Therapeutic Drug Monitoring & Clinical Toxicology Meeting.  Cairns.  September 1999.

71.    Gerostamoulos, J., Staikos, V., McIntyre, I.M. and Drummer, O.H.  "Toxicology of Heroin-Related Deaths in Victoria, Australia."  Presented at the Society of Forensic Toxicologist Meeting, San Juan, Puerto Rico, October 9-14, 1999.

72.    Goeringer, K.E., McIntyre, I.M. and Drummer, O.H. "Combined screening and confirmation analysis of drugs of abuse in postmortem specimens using LC-MS following solid-phase extraction." Presented at SOFT, Detroit, MI, September 2001.

73.    McIntyre, I.M., Gary, R., Sherrard, J., Parker, D., Estrada, J. and Whitmore, R.E. "2,4-Dinitrophenol (DNP): An Unusual Fatality" Presented at SOFT/TIAFT, Washington D.C., September 2004.

74.    Parker, D.R. and McIntyre, I.M. "Postmortem Quetiapine: Therapeutic or Toxic Concentrations?"  Presented at SOFT/TIAFT, Washington D.C., September 2004.

75.    Kirkton, C. and McIntyre, I.M.  "Therapeutic and Toxic Concentrations of Mirtazapine (Remeron) in Postmortem Cases.  Presented at SOFT, Nashville, TN, September 2005.

76.    Cantrell, F.L., Ogera, P., Mallett, P. and McIntyre, I.M. "Apparent Oral Methylphenidate Fatality with Postmortem Concentrations. Presented at the NACCT (American Academy of Clinical Toxicology Inc.), Las Vegas, NV, October 2012.

77.    McIntyre, I.M. "Workshop: Forensic Scientists' Challenges and Successes; Forensic Toxicology". Presented at the American Academy of Psychiatry and the Law, 44th Annual Meeting, San Diego, CA, October 24-27 2013.

78.    Logan, B.K., Labay, L.M., Caruso J.L., Gilson, T.B., Lemos, N., McIntyre, I.M., Stoppacher, R., Knight, L.D., Wiens, A., Williams, E. "Synthetic Cannabinoid Drugs as a Cause or Contributory Cause of Death" Presented at NAME, Tucson, AZ, November 2014.

79.    McIntyre, I.M. "Detection and Quantitation of some Newer Synthetic Sympathomimetic Drugs" Presented at CAT, San Diego, CA, November 2014.

80.    McIntyre, I.M. "Postmortem Interpretation Discussion Panel" Presented at CAT, Indian Wells, CA, November 2016.

**Martinelli & Associates**
**Justice & Forensic Consultants, Inc.**

## Schedule of Fees – Iain McIntyre, Ph.D, Forensic Toxicologist – 2025

a.  Retainer:  $5,000.00 ($3,000 Non-refundable; $2,000 Refundable)

b.  Report Review/Writing:  $500.00/hour

c.  Report Review/Writing Expedite Fee (Reports requested within 14 days of due date: $500.00/hour)

d.  Consultation/Testimony:  $500.00/hour; Depositions at $500/hour with (minimum deposition time of 4.0 hours is charged per deposition)

e.  Daily Court Rate 8.0 hours or $4,000.00 whether or not appears in court if noticed to appear. Clients billed at $500/hour after 8.0 hours

f.  Travel expenses: Paid in advance

g.  Travel Day:  $2,400/day (out of town travel: $3,200/day plus expenses)

h.  Secretarial Services:  $60.00/hour

i.  Postage:  Actual as incurred

j.  Fax Sent/Received:  $1.00/page, plus long-distance charges if applicable

k.  Long Distance Telephone (including cellular): $0.20/minute (or actual if greater)

l.  Duplication Costs:  $0.20/ copy (or actual if greater)

m.  Mileage:  $0.65/mile

n.  UPS/Fed Ex/Courier:  Actual as incurred

o.  Cancellation/continuance of Deposition with 14 days or more notice:  $400.00

p.  Cancellation/continuance of Trial with 7 days or less notice:  $1,000.00

q.  Cancellation/continuance of Trial with 8-13 days or less notice:  $500.00

1

**IAIN M. MCINTYRE, Ph.D.**
**FORENSIC TOXICOLOGIST, CONSULTANT, AND EXPERT WITNESS**

| STYLE | COURT | DOCKET No. | DATE | KIND OF TRIAL | DEPO/TRIAL | ATTORNEYS |
|---|---|---|---|---|---|---|
| US Government | US Military Courts | | 2007-Present | Criminal | Trial | US Government |
| Shipsey | Worcestershire County Council Coroners Court, U.K. | | 1/11/2018 | Civil | Inquest | |
| Rodriguez v Ulloa | Superior Court of California, County of Orange - Central Justice Center | 30-2016-00853728 | 2/27-28/2018 | Civil | Trial | Selman Breitman - Asir Fiola |
| Detandt v 7Eleven Buchholtz | Superior Court of California, County of San Diego | 37-2015-00033919-CU-PA-CTL | 4/9/2018 | Civil | Deposition | Gnau&Tamez Law Group - Steve Gnau |
| California v Palmer | Superior Court of California, County San Diego - Central Division | CD266518 | 4/10/2018 | Criminal | Trial | District Attorney |
| Conte v Harvey, Firefly et al. | Superior Court of California, County of San Diego - North County | 37-2016-00004326-CU-PA-NC | 4/16/2018 | Civil | Deposition | Gnau&Tamez Law Group - Daniel Tamez |
| Camacho v City of Rialto and Victor Dee Herrera | Superior Court of California, County of San Bernardino - Central District | CIVDS1609926 | 5/7/2018 | Civil | Deposition | Bordin Semmer LLP |
| Mugrove v Herrold et al. | Superior Court of California, County of Los Angeles, Central District | BC673010 | 6/4/2018 | Civil | Deposition | Lewis Brisbois Bisgaard & Smith - Michael Moss |
| S.A.C, Nunez v County of San Diego | United States District Court, Southern District of California | 17cv1893-L(BLM) | 6/19/2018 | Civil | Deposition | Guizar, Henderson & Carrazco |
| Jenkins v Toyota Motor Sales | District Court - Clark County | A-16-741337-C | 9/12/2018 | Civil | Deposition | Snell & Wilmer |
| Lamar v San Gorgonio Memorial Hospital, et al | Superior Court of California, County of Riverside, Civil Courthouse | RIC 1411188 (c/w RIC 1513784) | 2/21/2019 | Civil | Deposition | Law Offices of Patricia A. Law |
| Borowicz v Washington | Franklin County Court of Common Pleas, Ohio | 14CV006371 | 4/11/2019 | Civil | Trial | Poling Law - S. Sellers |
| Leigh/Bailey/Porter v Plunkett | Superior Court of California, County of San Diego, Central Division | 37-2018-00042032-CU-PO-CTL | 5/10/2019 | Civil | Deposition | Gates, Gonter, Guy,Proudfoot,Muench, LLP |
| Dunnett v Casa Bella, et al. | Superior Court of California, County of Orange - Civil Complex Center | 30-2017-00950244-CU-PP-CXC | 6/11/2019 | Civil | Deposition | Hewitt&Truszkowski - R. Mac Prout |
| Luguna v Community Protective Services, et al | Superior Court of California, County of San Bernardino | CIVDS1516654 | 6/26/2019 | Civil | Deposition | Hanger,Steinberg,Shapiro,Ash - Mr. Walls |
| Cameron v Meza | Superior Court of California, County of Los Angeles, Central District | BC689540 | 6/28/2019 | Civil | Deposition | Carpenter, Zuckerman, Rowley - Mr. Zuckerman |
| Martinez Kelly SII Carolyn Kelly v Algos | Superior Court of California, County of San Diego, Central Division | 37-2018-00010369-CU-MM-CTL | 7/22/2019 | Civil | Deposition | Neil Dymott Frank McCabe & Huson |
| Cameron v Meza | Superior Court of California, County of Los Angeles, Central District | BC689540 | 8/14/2019 | Civil | Trial | Carpenter, Zuckerman, Rowley - Mr. Zuckerman |
| Erick/Ferrell v Kelly | Superior Court of California, County of San Diego | 37-2018-00005222-CU-PO-CTL | 8/20/2019 | Civil | Deposition | Neil Dymott Frank McCabe & Huson |
| Moss v CEMEX Construction | Superior Court of California, County of Los Angeles | BC707708 | 8/22/2019 | Civil | Deposition | Bordin Semmer LLP |
| People of California v Gregory Boiser | Superior Court of California, County of San Bernardino | 16CR-009210 | 2/25/2020 | Criminal | Trial | Public Defender: Joni Sinclair |
| Williams v Kohl's Dept Stores | United States District Court, Central Division of California, Eastern Division | 5:19-cv-00397-JGB-SHKx | 5/1/2020 | Civil | Deposition | Samuel Ogbogu, Inc. A Professional Law Corporation |
| Migasi v Kolstad | Superior Court of California, County of Orange - Central Justice Center | 30-2018-01029710 CU-PA-CJC | 9/17/2020 | Civil | Deposition | Law Off Fay Arghavani-Sassan Mackay |
| Brownlee v COSD | Superior Court of California, County of San Diego, Central Division | 37-2019-00023988-CU-PO-CTL | 4/20/2021 | Civil | Deposition | City of San Diego |
| Cignarella v Mendoza, Sysco Inc., et al. | Superior Court of California, County of San Diego, Central Division | 37-2018-00048372-CU-PA-CTL | 4/27/2021 | Civil | Deposition | Gilleon Law Firm - Daniel Petrov |
| U.S. Customs & Border Protection (CBP) - CBPT Jeffr | National Treasury Employees Union (NTEU) Capter 105 | N/A | 5/20-21/2021 | Civil | Arbitration | National Tresury Employees Union - Eileen Bissen |
| Greenway v Leveck | United States District Court, Middle District of Tennessee, Nashville Division | 3-20-CV-58 | 6/30/2021 | Civil | Deposition | Moseley&Moseley - Bryan Moseley |
| McFarland v Gonzales | Superior Court of California, County of Ventura | 56-2019000534117-CU-PA-VTA | 8/2/2021 | Civil | Deposition | HangerSteinbergShapiro&Ash -K.Parido_M.Shapiro |
| US v Jahvaris, Springfield | United States District Court, Southern District of California | 20-CR-2923-LAB | 8/25/2021 | Criminal | Trial | Assistant US Attorney - Stephen Wong |
| Figueroa v AT&T | Superior Court of California, County of Los Angeles, Central District | 8C701989 | 9/22/2021 | Civil | Deposition | Sandoval Law - Abraham Sandoval |
| California v Kejuan Bynum | Superior Court of California, County of San Luis Obispo | 19F-04604 | 10/29/2021 | Criminal | Trial | Scott Taylor |
| McFarland v Gonzales | Superior Court of California, County of Ventura | 56-2019-00534117-CU-PA-VTA | 11/2/2021 | Civil | Trial | HangerSteinbergShapiro&Ash -K.Parido_M.Shapiro |
| Hernandez v Moreno | Superior Court of California, County of San Diego, Central Division | 37-2018-00055704-CU-PO-CTL | 3/8/2022 | Civil | Deposition | Sims Law Firm - Jerome D. Rybarczyk |
| Gaitlin v MAPS | Superior Court of California, in and for the County of Monterey | 20CV002753 | 6/28/2022 | Civil | Deposition | Gordon Rees Scully Mansukhani - Chuck Custer |
| Brownlee v COSD | Superior Court of California, County of San Diego, Central Division | 37-2019-00023988-CU-PO-CTL | 7/26/2022 | Civil | Trial | City of San Diego |
| Ruvalcaba v City of Victorville | Superior Court of California, County of Victorville | CIVDS1920990 | 8/3/2022 | Civil | Deposition | THE HOMAMPOUR LAW FIRM - RONAN DUGGAN |
| Karakhanyan v White | Superior Court of California, County of Los Angeles, Central District | 19STCV26017 | 10/27/2022 | Civil | Deposition | Carpenter & Zuckerman - ROBERT J. OUNJIAN |
| Dykstra v Karamanoukian | Superior Court of California, County of Los Angeles | BC696395 | 11/7/2022 | Civil | Deposition | David Weiss Law - Pamela Owen, Patti Courchaine |
| Gaitlin v MAPS | Superior Court of California, in and for the County of Monterey | 20CV002753 | 11/16/2022 | Civil | Trial | Gordon Rees Scully Mansukhani - Chuck Custer |
| U.S.of A. v Alexander Declan Bell Wilson | U.S.District Court, Central District of California - Los Angeles - First Street | 21-cr-00222 | 5/15/2023 | Criminal | Trial | Werksman Jackson&Quinn - Caleb Mason/Richard Beada |
| Dennis v Synergy Electic Company | Superior Court of California, County of San Diego | 37-2020-00032070-CU-PO-CTL | 5/26/2023 | Civil | Deposition | Thomas Lucas - Kerry Stack |
| California v Ciccimaro | Superior Court of California, County of San Diego, Central Division | CD293903 | 6/22-23/2023 | Criminal | Trial | Vista Criminal Law - Peter M. Liss |
| Johnson v Altamirano | Superior Court of California, County of Stanislaus | CV-22-001603 | 10/3/2023 | Civil | Deposition | Carpenter & Zuckerman-Washington - Lance Behringer |
| Greenway v Leveck | United States District Court, Middle District of Tennessee, Nashville Division | 3-20-CV-58 | 10/10/2023 | Civil | Trial | Moseley&Moseley - Bryan Moseley |
| Adams v Far Horizons | Superior Court of California, County of Amador | 20-CVC-11702 | 10/17/2023 | Civil | Deposition | Olson Law Group - Joel Witzman |
| Moore v J&L Rentals | Superior Court of California, County of Madera | MCV082756 | 1/22/2024 | Civil | Deposition | Dordick Law Corporation - Dylan Dordick |
| Nazari v Cardinal Logistics Management Corp | Superior Court of California, County of Los Angeles | 22STCV20881 | 1/30/2024 | Civil | Deposition | SNYDER BURNETT EGERER, LLP - Stacey Walker |
| Rosas v Zinn Packing Company | Superior Court of California, County of Imperial | ECU002194 | 3/4/2024 | Civil | Deposition | Walter Clark Legal Group - Lawrence Pressley |
| Adams v E-Z Mart, Inc | United States District Court, Eastern District of Oklahoma | 23-CV-278-RAW-JAR | 4/25/2024 | Civil | Deposition | Brewster & De Angelis, P.L.L.C. - Montgomery Lair |
| People of California v Farzad Dilmaghanian | Superior Court of California, County of San Diego, East County Division | SCE 399297 | 7/31/2024 | Criminal | Trial | Gary Gibson - San Diego County Public Defender |
| Payton v LACMTA | Superior Court of California, County of Los Angeles, Central District | 20STCV24719 | 9/13/2024 | Civil | Deposition | Ash Ashour - Ashour Yehoshua, APC |
| Delgado v CONWAY | Superior Court of California, Orange County | 30-2023-01392663 | 10/3/2024 | Civil | Deposition | Cullins & Grandy, LLP - Heather G. Cote |

| | |
|---|---|
| Trial ~108 | |
| Deposition ~220 | |

# IAIN M. McINTYRE, Ph.D.

### FORENSIC TOXICOLOGIST, CONSULTANT, AND EXPERT WITNESS

February 3, 2025

John Whitefleet, Esq.
Law Offices of Porter Scott
2180 Harvard Street, Suite 500
Sacramento, CA 95815

**RE:    Heimbach (Silva) v Stanislaus County**

I, Iain M. McIntyre, Ph.D. declare as follows:

I am an expert in the field of forensic toxicology.  I have BS, MS and PhD degrees and am formerly the Chief Toxicologist and Manager of the Forensic Toxicology Laboratory at the County of San Diego Department of the Medical Examiner.  I am a forensic toxicologist with 34 years of experience and have contributed to more than 166 peer reviewed publications.  I am a member of various professional organizations in forensic toxicology, including The International Association of Forensic Toxicologists (TIAFT), the Society of Forensic Toxicologists (SOFT), the California Association of Toxicologists (CAT), and the American Academy of Forensic Sciences (AAFS).

I have researched and published on the issues of drug analysis, and drugs and chemicals as causes of toxicity and death.  I have been qualified as an expert in forensic toxicology in the United States District Courts in Los Angeles and San Diego, and Superior Courts in San Bernardino, Riverside, Orange, Kern, San Luis Obispo, Ventura, and San Diego Counties (Hall of Justice-San Diego, El Cajon, Chula Vista, and Vista), Franklin County Court (Ohio), Suffolk County Court (Commonwealth of Massachusetts), and United States Military Courts.  My qualifications and experience are listed in my curriculum vitae which is attached as **Exhibit 1**.  A list of the cases in which I have testified as an expert during the last few years are attached hereto as **Exhibit 2**.

In forming my opinions in this case, I relied on my knowledge, education, and experience. I also reviewed the following documents and records to gain an understanding of the facts:
1.    Second Amended Complaint;
2.    Audio Videos;
3.    Photos;
4.    Stanislaus County Sheriff's Department – Controlled Document – Officer's Reports;
5.    Stanislaus County Sheriff's Department – Table of Contents; including several Policies;
6.    California Post Documents for Officers Camara and Xiong;
7.    Deposition of Eric Bavaro;
8.    Deposition of Justin Camara;

Page 1

9.      Deposition of Za Xiong;
10.     Deposition of Dorothey Heimbach;
11.     Hospital Records: Sutter Health Memorial Medical Center, Modesto; and
12.     Stanislaus County Death Certificate: Anthony Michael Silva.

This report contains a summary of the evidence, methodologies, conclusions, and opinions that I presently intend to express, offer, and employ with respect to the drugs found in the possession – and on the toxicology testing – of Mr. Anthony Silva. All opinions are held to a reasonable degree of probability based on my knowledge, education, experience, and review of the relevant scientific literature together with the evidence, documents, and information currently available and reviewed by me thus far in my investigation. To the extent my investigation discloses additional data, information, and documents that may have an impact on the evidence, methodologies, conclusions, and opinions discussed here, I reserve the right, pursuant to applicable rules, to supplement this report.

### Background
On 10/08/2022, at approximately 14:08 hours, Mr. Silva was approached and restrained by sheriff's deputies. He was reported to be making incoherent statements, slurring his speech, mumbling, rambling, and was believed to be under the influence of a stimulant narcotic. He would not comply with the deputies' orders and their attempts of restraint. He actively resisted and was taken to the ground. Mr. Silva was subsequently detained by the sheriff's deputies. Two individually packed plastic baggies containing a crystalline substance – consistent with methamphetamine – were located in his backpack.

Earlier, Mr. Silva was reported to be displaying erratic behavior. He was reported to be chasing after another man and attempted to hit him with a closed fist. Mr. Silva continued to run up to other civilians and act in an aggressive nature. He was suspected to be under the influence. Mr. Silva was a known transient with a history of drug abuse and trying to chase and attack people when under the influence of narcotics. He was known to be combative and display violent behavior.

Following an evaluation by paramedics from the American Medical Response and Modesto Fire, Mr. Silva was transported to Sutter Health Memorial Medical Center, Modesto.

### Toxicology Findings/Results
Mr. Silva had a urine sample collected in hospital (Sutter Health Memorial Medical Center, Modesto) which tested positive for Amphetamines (Methamphetamine), Cannabinoids, and Opiates. (The urine specimen was collected at 02:45 hours on 10/09/2022.)

Mr. Silva received hydromorphone medication in hospital prior to this specimen collection which may account for the positive Opiates result.

**Drugs Detected**

Amphetamines (Methamphetamine)

Although it is available therapeutically for the treatment of obesity, narcolepsy, and attention deficit disorders, methamphetamine is commonly used illicitly as a central nervous system (CNS) stimulant.  Methamphetamine can be ingested by a variety of routes: oral ingestion; nasal insufflation; smoking; and intravenous use.

With intravenous use, peak methamphetamine concentrations are achieved almost instantaneously.  Smoking produces peak concentrations later, at about 2.5 hours. Methamphetamine is well absorbed from the gastrointestinal tract reaching peak concentrations about 2.5-7.5 hours after ingestion; with most reports showing the peak levels achieved by 3 hours [1].

Although the initial "rush" may persist for 5-30 minutes, subjects report that the effects following a dose of methamphetamine can last up to about 12 hours after smoking. Consequently, the effects are not directly related to the peak blood concentrations.

At low (or therapeutic) doses methamphetamine can reduce appetite, increase alertness and energy, reduce fatigue and drowsiness, produce a general increase in psychomotor activity, give a general sense of wellbeing, and improve cognitive performance [2, 3]. Peripheral effects include increased pulse, and blood pressure [2].

At higher doses and with chronic abuse, however, methamphetamine can produce euphoria, elation, excitability, agitation, sexual arousal, motor agitation, dizziness, and also negative effects on self-perception, critical judgement, attention, risk taking, mood, and motor restlessness [2].

Methamphetamine is eliminated relatively slowly from the body.  Blood concentrations of methamphetamines decrease with an average half-life of 10 hours (range 6 to 15 hours) [4], i.e. half is gone from the system in 10 hours, three fourths in 20 hours, seven eights in 30 hours.

While patterns of abuse vary from occasional periodic use, a high percentage of users are addicted or habitual abusers, often using the stimulant at least several times a week. In addition to being addicted to methamphetamine, chronic abusers may exhibit symptoms that include significant anxiety, confusion, insomnia, mood disturbances, irritability, paranoia, delusions, hallucinations, increasing fatigue, exhaustion, and violent behavior [2].  Studies have also revealed that chronic abusers exhibit severe structural and functional changes in areas of the brain associated with emotion and memory, which may account for many of the emotional and cognitive problems observed in chronic methamphetamine abusers [5].

While the central nervous system stimulant effects may only last for a few hours after use, methamphetamine can also cause central nervous system depression when the stimulant affect has passed.  This stage of methamphetamine abuse, found most often in long term chronic methamphetamine abusers, is known as withdrawal.  Despite the fact

that the blood concentration declines to subtherapeutic levels, this "downside" period may be associated with significant anxiety, confusion, insomnia, mood disturbances, irritability, paranoia, delusions, hallucinations, increasing fatigue and exhaustion, and violent behavior.  Therefore, low blood concentrations do not exclude the possibility of methamphetamine associated impairment [2].  Withdrawal can last for 7-10 days, and residual symptoms may persist for several months [6].

As noted above, blood methamphetamine concentrations – in and of themselves – cannot be utilized to infer effects (or impairment) due to the drug.  This has been supported using animal models, where studies have also demonstrated that methamphetamine's effects are not reliably predicted from the blood (serum) concentrations [2].

The best guide to assess potential impairment, therefore, is a direct observation of the individual's behavior.

Cannabinoids
Delta-9-THC is the most psychoactive of the principal constituents of marijuana (or cannabis).  Delta-9-THC is metabolized by the liver to a secondary active metabolite 11-hydroxy THC, which is then further metabolized to a pharmacologically inactive metabolite THC carboxylic acid [4].

When taken either orally or by smoking, marijuana results in sedation, euphoria, hallucinations, temporal distortion, panic reactions, and paranoia [4].  Delta-9-THC is a CNS depressant that may also cause confusion, dizziness, weakness, and vision difficulties [7].  In recent years, a number of experimental investigations have also shown it to cause decreased capacity – specifically a decrease in attention, increased reaction time, and a reduced ability to control direction.  Individual variations are considerable, but there is an overall diminution in cognitive and motor functions [8].

Effects from smoking cannabis are felt within minutes and reach their peak in 10-30 minutes.  Typically, cannabis smokers experience the effects for about two (2) hours.  Most behavioral effects return to baseline levels within 3-5 hours after use [9].  For example, cannabis has been shown to impair performance for up to approximately three (3) hours [9].  The maximum psychological effects, however, may persist for 4-6 hours after administration [10].

**Conclusions and Opinions**
Based on my knowledge, education, training, and experience and the documents and information as described in this report, I conclude to a reasonable degree of scientific probability that:

1.    Mr. Silva tested positive for Amphetamines (Methamphetamine) in the hospital toxicological analysis of his urine specimen.

2.      Mr. Silva was found in the possession of drug paraphernalia – two plastic baggies of a crystalline substance – consistent with Methamphetamine, and consistent with the findings of the hospital testing of his urine.

3.      Mr. Silva had a history of substance abuse and behavior consistent with stimulant (Methamphetamine) abuse.  He had a history of – and displayed – erratic, aggressive, combative, and violent behavior.  He also presented with slurring of his speech, making incoherent statements, mumbling, and rambling consistent with the recent use of Methamphetamine.

4.      Mr. Silva also tested positive for Cannabinoids in the urine specimen collected in hospital following his admission.

5.      Cannabinoids are also known to cause aberrant behavior because of the resultant euphoria, hallucinations, panic reactions, and paranoia.

6.      Mr. Silva was under the influence and impaired by methamphetamine and possibly marijuana at the time of the incident.

7.      Mr. Silva's observed behavior on 10/08/2022 – including his reluctance to comply with the deputies' orders and their attempts of restraint, his active resistance to arrest, and his physical altercation with deputy Camara while handcuffed – would be consistent with behavior generally associated with impairment due to recent drug use.

Yours truly,

Iain M. McIntyre, Ph.D.
Forensic Toxicologist

## References

[**1**] DrugBank https://www.drugbank.ca/drugs/DB01577 (Accessed 11/17/2018).

[**2**] Logan BK. Methamphetamine-Effects on Human Performance and Behavior. Forensic Science Review 14: 133-151, 2002.

[**3**] Shappell SA, Kearns GL, Valentine JL, Neri DF, DeJohn CA. Chronopharmacokinetics and Chronopharmacodynamics of Dextromethamphetamine in Man. Journal of Clinical Pharmacology 36(11): 1051-1063, 1996.

[**4**] Disposition of Toxic Drugs and Chemicals in Man. 11th Edition. Ed Baselt RC. Biomedical Publications, Seal Beach, California,2017.

[**5**] National Institute on Drug Abuse (NIH-NIDA), Methamphetamine, 2019.

[**6**] Cruickshank CC, Dyer KR. A Review of the Clinical Pharmacology of Methamphetamine. Addiction 104: 1085-1099, 2009.

[**7**] Drug Effects on Psychomotor Performance. Ed Baselt RC. Biomedical Publications, Foster City, California (2001).

[**8**] Martin J-L, Gadegbeku B, Wu D, Viallon V, Laumon B. Cannabis, Alcohol and Fatal Road Accidents. PLoS ONE, November 8 (2017). https://doi.org/10.1371/journal.pone.0187320

[**9**] National Highway Traffic Safety Administration:  Drugs and Human Performance Fact Sheets. U.S. Department of Transportation (2014).

[**10**] Kochanowski M, Kala M. Tetrahydrocannabinols in Clinical and Forensic Toxicology, Przegl Lek. 62(6): 576-580 (2005).