**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Dorothey Heimbach*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, | 2:23-cv-01887-DJC-CSK |
| Plaintiff, | *Assigned to:* District Judge Daniel J. Calabretta |
| vs. | **[PROPOSED] ORDER PLAINTIFF'S MOTION IN LIMINE #3 TO EXCLUDE ALL OPINIONS OF DEFENSE EXPERT IAIN MCINTYRE** |
| STANISLAUS COUNTY, JUSTIN CAMARA, and ZA XIONG, | |
| Defendants. | FPTC Date:    December 18, 2025 Time:             1:30 PM Location:      Courtroom 7 |

1

The Court, having considered Plaintiffs' Motion in Limine No. 13, the papers filed in support and opposition, and the arguments of counsel, and good cause appearing, hereby ORDERS as follows:

Plaintiffs' Motion in Limine No. 1 is GRANTED.  Defendants are precluded from introducing, referring to, or eliciting testimony regarding all testimony and opinions of Dr. Iain McIntyre, including:

1) Any opinion regarding the drug test results, including any opinion that Mr. Silva tested "positive" for methamphetamine or marijuana;

2) Any opinion that Mr. Silva was found in possession of methamphetamine or any controlled substance;

3) Any opinion regarding Mr. Silva's "history of substance abuse" or that his behavior was "consistent with" stimulant abuse;

4) Any opinion that Mr. Silva was "under the influence and impaired" by methamphetamine or marijuana at the time of the incident; and

5) Any opinion regarding the effects of methamphetamine or marijuana on behavior, or that Mr. Silva's behavior was "consistent with behavior generally associated with impairment due to recent drug use."

**IT IS SO ORDERED**

Dated: _____        _____

Hon. Daniel J. Calabretta