**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Dorothey Heimbach*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH,<br><br>Plaintiff,<br><br>vs.<br><br>STANISLAUS COUNTY, JUSTIN CAMARA, and ZA XIONG,<br><br>Defendants. | 2:23-cv-01887-DJC-CSK<br><br>*Assigned to:*<br>District Judge Daniel J. Calabretta<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE #1 TO EXCLUDE CERTAIN OPINIONS OF ROBERT BUX UNDER DAUBERT**<br><br>FPTC Date:   December 18, 2025<br>Time:             1:30 PM<br>Location:       Courtroom 7 |

The Court, having considered Plaintiffs' Motion in Limine No. 1, the papers filed in support and opposition, and the arguments of counsel, and good cause appearing, hereby ORDERS as follows:

Plaintiffs' Motion in Limine No. 1 is GRANTED. Defendants are precluded from introducing, referring to, or eliciting testimony regarding the following opinions of Dr. Robert Buzx at trial:

1) Any testimony or opinions from Dr. Bux regarding Anthony Silva's pain and suffering;
2) Any testimony or opinions from Dr. Bux regarding the standard of care for nurses, doctors, or the hospital or that their negligence caused Mr. Silva's death; and
3) Any testimony or opinions from Dr. Bux that Anthony Silva caused or contributed to his own death by refusing to comply with medical directives.

**IT IS SO ORDERED**

Dated: _____

Hon. Daniel J. Calabretta

2
[PROPOSED] ORDER