**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Dorothey Heimbach*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH,<br><br>Plaintiff,<br><br>vs.<br><br>STANISLAUS COUNTY, JUSTIN CAMARA, and ZA XIONG,<br><br>Defendants. | 2:23-cv-01887-DJC-CSK<br><br>*Assigned to:*<br>District Judge Daniel J. Calabretta<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM**<br><br>FPTC Date:   December 18, 2025<br>Time:         1:30 PM<br>Location:    Courtroom 7 |

    PLEASE TAKE NOTICE that Plaintiff Dorothey Heimbach hereby submits Plaintiff's Proposed Verdict Form for the trial of this matter.

1

# PLAINTIFF'S PROPOSED VERDICT FORM

We, the jury in the above-entitled action, find the following:

## FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

**QUESTION 1:** Did defendants use excessive or unreasonable force or integrally participate in the use of excessive or unreasonable force against Anthony Silva?

  Justin Camara _____YES _____ NO

  Za Xiong _____YES _____ NO

*If you answered "Yes" for either defendant, proceed to Question 2.*
*If you answered "No" for both defendants, proceed to Question 3.*

**QUESTION 2:** Was the use of excessive or unreasonable force or integral participation in the use of excessive or unreasonable force a cause of injury, harm, or death to Anthony Silva?

  Justin Camara _____YES _____ NO

  Za Xiong _____YES _____ NO

*Proceed to Question 3.*

**BATTERY CLAIM**

**QUESTION 3:** Did the defendants use excessive or unreasonable force against Anthony Silva?

  Justin Camara _____YES _____ NO

  Za Xiong _____YES _____ NO

*If you answered "Yes" for either defendant, proceed to Question 4.*
*If you answered "No" for both defendants, proceed to Question 5.*

**QUESTION 4:** Was the use of excessive or unreasonable force by either of the defendants a cause of injury, harm, or death to Anthony Silva?

  Justin Camara _____YES _____ NO

  Za Xiong _____YES _____ NO

*Proceed to Question 5.*

**NEGLIGENCE CLAIM**

**QUESTION 5**: Were the defendants negligent?

  Justin Camara  _____YES  _____ NO

  Za Xiong  _____YES  _____ NO

*If you answered "Yes" for either defendant, proceed to Question 6.*
*If you answered "No" for both defendants, proceed to Question 10.*

**QUESTION 6**: Was the negligence of either defendant a substantial factor in causing injury, harm, or death to Anthony Silva?

  Justin Camara  _____YES  _____ NO

  Za Xiong  _____YES  _____ NO

*If you answered "Yes" for either defendant, proceed to Question 7.*
*If you answered "No" for both defendants, proceed to Question 10.*

**QUESTION 7:** Was Anthony Silva negligent?

_____ YES        _____ NO

*If you answered "Yes," proceed to Question 8.*
*If you answered "No," proceed to Question 9.*

**QUESTION 8:** Was the negligence of Anthony Silva a substantial factor in causing his own injury, harm, or death?

_____ YES        _____ NO

*Proceed to Question 9.*

**QUESTION 9:** What percentage of negligence that was a cause of Anthony Silva's injury, harm, or death do you assign to Justin Camara, Za Xiong, and Anthony Silva. (Total should equal 100%).

        Justin Camara                      _____ %
        Za Xiong                             _____ %
        Anthony Silva                     _____ %

        _____
        Total                              100%

*Proceed to Question 10.*

**FOURTEENTH AMENDMENT CLAIM**

**QUESTION 10:** Did defendants engage in conduct that deprived Plaintiff of her familial relationship with Anthony Silva, in violation of the Fourteenth Amendment?

        Justin Camara      _____YES      _____ NO

        Za Xiong      _____YES      _____ NO

*Proceed to Damages.*

## DAMAGES

*Please read the instructions before each question and answer only those questions you are directed to.*

*Answer Question 11 if you answered "Yes" for any defendant in Question 2, Question 4, or Question 6.*

**QUESTION 11**: What are Anthony Silva's damages for his pre-death pain and suffering and loss of life?

    Pre-death pain and suffering:      $_____
    Loss of Life:      $_____

*Answer Question 12 if you answered "Yes" for any defendant in Question 4, Question 6, or Question 10.*

**QUESTION 12**: What are the Plaintiff's wrongful death damages for the loss of Anthony Silva?

  Past wrongful death damages:  $_____

  Future wrongful death damages: $_____

*Please sign and date the verdict form and return it to the Court.*

Date: _____      _____
                  Jury Foreperson