UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY, JUSTIN CAMARA, and ZA XIONG,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>*Honorable Daniel J. Calabretta*<br>*Hon. Mag. Judge Chi Soo Kim*<br><br>**[PROPOSED] ORDER RE: PLAINTIFS' MOTION *IN LIMINE* NO. 2 TO EXCLUDE INFORMATION OF DRUG USE BY ANTHONY SILVA** |

## [PROPOSED] ORDER

Having reviewed Plaintiff's Motion *in Limine* No. 2 to Exclude Information of Drug Use by Anthony Silva, and GOOD CAUSE appearing therein, Plaintiffs' Motion is hereby GRANTED. Evidence, testimony, argument, or reference to/regarding Decedent Anthony Silva's use of drugs at any time, including:

1) Any regarding drug and/or alcohol use by Mr. Silva on the date of the incident; and

2) Any evidence regarding drug and/or alcohol use by Mr. Silva prior to the date of the incident.

The basis for this order is that this information is irrelevant to the analysis as impermissible hindsight evidence; any probative value it may have is substnatially outweighed by the substnatial risk of unfair prejudice, confusing the issues, wasting time, and misleading the jury; this information constitutes improper character evidence and inadmissible hearsay. Federal Rules of Evidence, Rules 401, 403, 404, 801, 802; *Glenn v. Washington Cnty.*, 673 F.3d 864, 873 (9th Cir. 2011).

**IT IS SO ORDERED**.

Dated: _____         HONORABLE DANIE J, CALABRETTA
                     UNITED STATES DISTRICT JUDGE