**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Dorothey Heimbach*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH,<br><br>  Plaintiff,<br><br>vs.<br><br>STANISLAUS COUNTY, JUSTIN CAMARA, and ZA XIONG,<br><br>  Defendants. | 2:23-cv-01887-DJC-CSK<br><br>*Assigned to:*<br>District Judge Daniel J. Calabretta<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE #4**<br><br>FPTC Date:  December 18, 2025<br>Time:  1:30 PM<br>Location:  Courtroom 7 |

1  The Court, having considered Plaintiffs' Motion in Limine No. 4, the papers
2  filed in support and opposition, and the arguments of counsel, and good cause
3  appearing, hereby ORDERS as follows:
4  Plaintiffs' Motion in Limine No. 4 is GRANTED.  Defendants are precluded
5  from introducing, referring to, or eliciting evidence of Anthony Silva's prior
6  criminal acts or prior bad acts.

**IT IS SO ORDERED**

Dated: _____

Hon. Daniel J. Calabretta