**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Colin J. Nystrom, SBN 354503
cnystrom@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants STANISLAUS COUNTY, JUSTIN CAMARA, ZA XIONG
*(Exempt from Filing Fees Pursuant to Government Code § 6103)*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>       Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>       Defendants.<br>_____/ | Case No.  2:23-cv-01887-DJC-CSK<br><br>**DEFENDANTS' PROPOSED VERDICT FORM**<br><br>First Amended Complaint filed: 11/21/2023<br>Second Amended Complaint filed: 2/14/2024 |

Defendants hereby submits the following proposed verdict form:

     WE THE JURY UNANIMOUSLY FIND THE FOLLOWING VERDICT ON THE SUBMITTED QUESTIONS:

     **Question No. 1:** Has Plaintiff on behalf of Anthony Silva proven that a defendant used unreasonable force in violation of the Fourth Amendment against Anthony Silva?

Defendant Justin Camera            _____YES _____NO

Defendant Za Xiong                _____YES _____NO

*(Continue to Question 2.)*

**Question No. 2:** Does Plaintiff prevail on her familial association claim?

Defendant Justin Camera            _____YES _____NO

Defendant Za Xiong            _____YES _____NO

*(Continue to Question No. 3.)*

**Question No. 3:** Does Plaintiff prevail on her battery claim on behalf of Anthony Silva?

Defendant Justin Camera            _____YES _____NO

Defendant Za Xiong            _____YES _____NO

*(Continue to Question No. 4.)*

**Question No. 4:** Does Plaintiff prevail on her wrongful death claim?

Defendant Justin Camera            _____YES _____NO

Defendant Za Xiong            _____YES _____NO

*(If you answered "yes" to any part of Question No. 1-4, continue to Question No. 5. If you answered "no" to each part of Questions 1-4, then proceed to the last page and sign, date, and return this verdict form.)*

**Question No. 5:** What amount of compensatory damages do you award Plaintiff?

Past Non-Economic Loss        $_____

(Past loss of enjoyment of life and pain and suffering)

Future Non-Economic Loss      $_____

(Future loss of enjoyment of life and pain and suffering)

TOTAL                 $_____

*(Continue to Question No. 6.)*

**DEFENDANTS' PROPOSED VERDICT FORM**

1    **Question No. 6:**    Was Anthony Silva under the influence at the time of the interaction with

2    deputies at the pavilion?

3    Yes _____    No_____

4

5    *(Continue to Question No. 7.)*

6

7    **Question No. 7:**    As Deputy Xiong started to escort Anthony Silva for transport, did

8    Anthony Silva physically resist?

9    Defendant Justin Camera                    _____YES _____NO

10   Defendant Za Xiong                         _____YES _____NO

11

12   *(Continue to Question No. 8.)*

13

14   **Question No. 8:**    As Deputy Xiong started to escort Anthony Silva for transport, did

15   deputies reasonably believe Anthony Silva was attempting to flee?

16   Defendant Justin Camera                    _____YES _____NO

17   Defendant Za Xiong                         _____YES _____NO

18

19   *(Continue to Question No. 9.)*

20

21   **Question No. 9:**    At the time deputies moved to take Anthony Silva, did any defendant

22   intentionally use force to move him to the ground?

23   Defendant Justin Camera                    _____YES _____NO

24   Defendant Za Xiong                         _____YES _____NO

25

26   *(Continue to Question No. 9.)*

27   / / /

28   / / /

---

3
**DEFENDANTS' PROPOSED VERDICT FORM**

1   **Question No. 9:**        Did any Defendant prove that, in using any force, he acted in self defense

2   or defense of others?

3   Defendant Justin Camera                        _____YES _____NO

4   Defendant Za Xiong                             _____YES _____NO

5

6   *(Continue to Question No. 10.)*

7

8   **Question No. 10:** Did any Defendant prove that they exercised due care in the execution or

9   enforcement of any law?

10  Defendant Justin Camera                        _____YES _____NO

11  Defendant Za Xiong                             _____YES _____NO

12

13  *(Continue to Question No. 11.)*

14

15  **Question No. 11:**      Do you find that Anthony Silva  was negligent?

16  Yes _____    No_____

17  If yes, what percentage _____

18

19  *(Continue to Question No. 12.)*

20

21  **Question No. 12:**  Has the plaintiff proven any defendant was the cause of the spinal injury to

22  Anthony Silva?

23  Defendant Justin Camera                        _____YES _____NO

24  Defendant Za Xiong                             _____YES _____NO

25

26  *(Continue to Question No. 13.)*

27  / / /

28  / / /

4
**DEFENDANTS' PROPOSED VERDICT FORM**

1     **Question No. 13:**  Has the plaintiff proven any defendant was the cause of the death to Anthony

2 Silva?

3 Defendant Justin Camera            _____YES _____NO

4 Defendant Za Xiong             _____YES _____NO

5

6 *(Continue to Question No. 14.)*

7

8     **Question No. 14:**   Assuming that 100% represents the total negligence of all individuals, what

9 percentage of negligence do you assign for the cause of the death of Anthony Silva

10 Defendant Justin Camera            _____%

11 Defendant Za Xiong             _____%

12 Anthony Silva             _____%

13 Third party             _____%

14

15 *(Continue to Question No. 15.)*

16

17     **Question No. 15:**    Do you find that any Defendant acted with a purpose to harm Anthony

18 Silva ?

19 Defendant Justin Camera            _____YES _____NO

20 Defendant Za Xiong             _____YES _____NO

21

22 *(For any "no," to Question 15, Continue to Question No. 16; if you answered both yes, skip to the end.)*

23

24     **Question No. 16:**    Do you find that in using force against Anthony Silva to take him to the

25 ground, did any defendant have time to deliberate about that force?

26 Defendant Justin Camera            _____YES _____NO

27 Defendant Za Xiong             _____YES _____NO

28 / / /

**DEFENDANTS' PROPOSED VERDICT FORM**

*(For any "yes," to Question 16, Continue to Question No. 17; if you answered both no, skip to the end.)*

**Question No. 16:**  Do you find that any Defendant acted with deliberate indifference to Anthony Silva's constitutional right to be free from excessive force?

Defendant Justin Camera                    _____YES _____NO

Defendant Za Xiong                         _____YES _____NO

(Sign, date, and return this verdict form.)

Dated _____.

_____
PRESIDING JUROR

Dated:  December 11, 2025                    PORTER SCOTT
                                            A PROFESSIONAL CORPORATION

                                            By   /s/ John R. Whitefleet
                                                 John R. Whitefleet
                                                 Attorney for Defendants

6
**DEFENDANTS' PROPOSED VERDICT FORM**