**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Colin J. Nystrom, SBN 354503
cnystrom@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
STANISLAUS COUNTY, JUSTIN CAMARA, ZA XIONG, ERIC BAVARO
*(Exempt from Filing Fees Pursuant to Government Code § 6103)*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>　　　　Defendants.<br>_____ / | Case No. 2:23-cv-01887-DJC-CSK<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBITS FOR TRIAL** |

Defendants submit the following objections to Plaintiff's identified exhibits for trial (ECF No. 40):

| Number | Description | Objection |
|---|---|---|
| 31 | Use-of-force form (DEF 0083-0084) | FRE 401, 403 |
| 34-47 | Dispatch/Radio Communications DEF 00067-00080.WAV | FRE 401, 403, 802 |
| 48. | Estate Of Alejandro Sanchez — Second Amended | FRE 401, 403, 802; subject of |

1

| | | |
|---|---|---|
| | Complaint (1:18-cv-00977-DAD-BAM) | MIL |
| 49. | Estate Of Alejandro Sanchez — Camara Video Interview | FRE 401, 403, 802; subject of MIL |
| 50. | Estate Of Alejandro Sanchez — Camara Deposition | FRE 401, 403, 802; subject of MIL |
| 51. | Gonzalez v. Cnty. of Stanislaus — Complaint (2:21-at-00632) | FRE 401, 403, 802, 901; subject of MIL |
| 55. | Isaiah Fiapule, Criminal case, CR-25-000170, Preliminary Examination, Camara Testimony | FRE 401, 403, 802, 901; subject of MIL |
| 56. | Isaiah Fiapule, Criminal case, CR-25-000170, videos of incident | FRE 401, 403, 802, 901; subject of MIL |
| 58. | Hospital records and photographs (PLT 000032–PLT 000186) | FRE 401, 403, 802, 901, and cumulative |
| 59. | Hospital Records, PLT000188–PLT014285 | FRE 401, 403, 802, 901, and cumulative |
| 60. | Medical records related to Decedent's treatment after the incident, including xray imagery and MRI imagery. PLT014286–PLT016541 | FRE 401, 403, 802, 901, and cumulative |
| 61. | Photographs of Decedent PLT 000023–PLT 000031 | FRE 401, 403, 901, and cumulative |
| 62. | Major Incident Notification SCSD Policy | FRE 401 |
| 63. | Photos and Cards. PLT 016542–016584 | FRE 401, 403, 802, 901, and cumulative |
| 66. | Za Xiong Phone Records (DEF00081) | FRE 401, 403, 802 |
| 67. | Camara Phone Records (DEF00082) | FRE 401, 403, 802 |

| | | |
|---|---|---|
| 68. | Bavaro Phone Records (DEF00083) | FRE 401, 403, 802 |
| 69. | Camara Personnel File (CAMARA0001–0091) | FRE 401, 403, 802; subject of MIL |
| 70. | Xiong Personnel File (XIONG0001–0102) | FRE 401, 403, 802; subject of MIL |

Dated:  December 15, 2025                    PORTER SCOTT
                                             A PROFESSIONAL CORPORATION

                                             By  /s/ John R. Whitefleet
                                                 John R. Whitefleet
                                                 Attorney for Defendants