**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff DOROTHEY HEIMBACH*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva,<br><br>Plaintiff,<br><br>vs.<br><br>STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities,<br><br>Defendants. | 2:23-cv-1887-DJC-CSK<br>*Judge: Hon. Daniel J. Calabretta*<br>*Magistrate Judge: Chi Soo Kim*<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)** |

IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective counsel of record, that this entire action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All parties to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: March 30, 2026          **LAW OFFICES OF DALE K. GALIPO**


By:    /s/   *Cooper Mayne*
        Dale K. Galipo
        Cooper Mayne
        *Attorneys for Plaintiff DOROTHEY HEIMBACH*


                              **PORTER SCOTT PC**

DATED: March 30, 2026

                              */s/ John R. Whitefleet*
                              John R. Whitefleet
                              Attorney for Defendant

2