**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOROTHEY HEIMBACH, individually and as successor in interest to Anthony Silva, <br><br> Plaintiff, <br><br> vs. <br><br> STANISLAUS COUNTY; and JUSTIN CAMARA, ZA XIONG, and ERIC BAVARO, in their individual capacities, <br><br> Defendants. | Case No.: 2:23-cv-01887-DJC−CSK <br><br> **[PROPOSED] ORDER** |

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).  All previously scheduled dates and deadlines in this action are hereby VACATED.

**IT IS SO ORDERED.**

DATED:

_____
Hon.  Daniel J. Calabretta
United States District Judge